# AFFIDAVIT OF SERVICE

| **Case:** 1:24-cv-04938 | **Court:** UNITED STATES DISTRICT COURT for the Southern District of New York | **County:** | **Job:** 11494093 (13330086/13330095) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Naftali Moses, individually and as co-representative for the estate of Avraham Moses, et al. | | **Defendant / Respondent:** BNP Paribas, S.A. | |
| **Received by:** Your Dream Team | | **For:** Sparacino PLLC | |
| **To be served upon:** BNP Paribas, S.A. | | | |

I, Bobby W. Russell, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** BNP Paribas, S.A., C/O Ingrid Lopez , CT CORPORATION SYSTEM, 28 LIBERTY STREET, 42ND FLOOR, NEW YORK, NY 10005

**Manner of Service:** Corporation, Jul 31, 2024, 12:32 pm

**Documents:** SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT FOR VIOLATIONS OF THE ANTI-TERRORISM ACT

**Additional Comments:**
1) Successful Attempt: Jul 31, 2024, 12:32 pm at CT CORPORATION SYSTEM, 28 LIBERTY STREET, 42ND FLOOR, NEW YORK, NY 10005 received by Ingrid Lopez . Age: 40; Ethnicity: Hispanic; Gender: Female; Weight: 151-170; Height: 5'6"; Hair: Brown; Relationship: Intake Specialist/ Authorized to Accept Service ;

8/5/24

Bobby W. Russell    Date
2030308-DCA
Your Dream Team
P.O. Box 7312
hicksville, ny 11802
516-360-5561

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public
8-5-24
Date    Commission Expires

GINA MARIE EANNUCCI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01EA5075334
Qualified in Nassau County
Commission Expires 3/31/2027