**SPARACINO** PLLC

1920 L Street, NW, Suite 835, Washington, DC 20036
**(202) 629-3530** | sparacinopllc.com

October 11, 2024

[VIA CM/ECF]

Hon. Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Moses, et al. v. BNP Paribas, S.A.*, No. 24-cv-4938-JGLC-OTW

Dear Judge Clarke,

My firm represents Plaintiffs in the above-referenced matter. Pursuant to Rule 4(e) of this Court's Individual Rules & Practices in Civil Cases and Paragraph 2 of the Stipulation and Order entered on August 13, 2024 (ECF No. 12), we write to timely inform the Court and the defendant that Plaintiffs intend to file an amended complaint on or before November 22, 2024.

Respectfully submitted,

*/s/ Adam J. Goldstein*

Adam J. Goldstein (AG0318)
Sparacino PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel: (202) 629-3530
adam.goldstein@sparacinopllc.com

*Attorney for Plaintiffs*