

1920 L Street, NW, Suite 835, Washington, DC 20036
**(202) 629-3530** | sparacinopllc.com

October 22, 2025

[VIA CM/ECF]
Hon. Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Moses, et al. v. BNP Paribas, S.A.*, No. 24-cv-4938-JGLC-OTW

Dear Judge Clarke,

    My firm represents Plaintiffs in the above-referenced matter. Pursuant to Rule 2(e) of this Court's Individual Rules & Practices in Civil Cases, we and Defendant BNP Paribas S.A. ("BNPP") jointly request a modest extension of the briefing deadlines for two of BNPP's recently-filed motions.

    On September 30, 2025, the Court issued its Opinion and Order largely denying BNPP's motion to dismiss (ECF 40) (the "MTD Opinion").  On October 14, 2025, BNPP filed: (i) a motion for reconsideration of the MTD Opinion (ECF 42, 43); and, in the alternative, (ii) a motion to certify for interlocutory appeal a holding from the MTD Opinion concerning the limitations period (ECF 44, 45) (together, the "Motions").  Local Civil Rule 6.1(b) provides that Plaintiffs' oppositions to both Motions are due by October 28, 2025 (14 days after the Motions were filed), and BNPP's reply papers in support of its Motions are due on November 4, 2025 (7 days after Plaintiffs file and serve their opposition papers).  The parties respectfully request that the deadline for Plaintiffs to file and serve their oppositions to both Motions be extended to November 4, 2025, and that the deadline for BNPP to file and serve their reply papers be extended to November 13, 2025.

    Plaintiffs request the one-week extension to accommodate both the press of work stemming from multiple court-ordered deadlines on other matters—including an October 27 deadline to file a substantial amended complaint in another anti-terrorism case in this District—and the long-standing plans of the attorney taking the lead on Plaintiffs' opposition briefs to visit family abroad beginning later this week through November 2.  This is Plaintiffs' first request to extend their time to oppose the Motions and BNPP's first request to extend its time to file replies in support of the Motions.  The Court has not yet filed a Notice of Initial Pretrial Conference, and the parties do not presently have any other scheduled appearance before the Court.

    For the foregoing reasons, Plaintiffs and BNPP respectfully request that the Court extend: (i) Plaintiffs' deadline to oppose the Motions to November 4, 2025; and (ii) BNPP's reply deadline to November 13, 2025.



Respectfully submitted,



/s/ *Adam J. Goldstein*    /s/ _____

Adam J. Goldstein (AG0318)
Sparacino PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel: (202) 629-3530
adam.goldstein@sparacinopllc.com

*Attorney for Plaintiffs*

Carmine D. Boccuzzi, Jr.
Abena Mainoo
Leila Mgaloblishvili
cboccuzzi@cgsh.com
amainoo@cgsh.com
lmgaloblishvili@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

*Attorneys for Defendant BNP Paribas S.A.*