UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAFTALI MOSES, *et al*,

                    *Plaintiffs*,

     v.

BNP PARIBAS, S.A.,

                  *Defendant*.

Case No. 24-cv-4938 (JGLC)

---

## ANSWER TO THE AMENDED COMPLAINT

Defendant BNP Paribas S.A. ("BNPP"), as and for its answer to the Amended Complaint (the "Complaint") in the above-captioned action, respectfully states as follows:

On or about June 30, 2014, BNPP pleaded guilty to one count of conspiracy to commit an offense against the United States in violation of Title 18, United States Code, Section 371, by conspiring to violate the International Emergency Economic Powers Act ("IEEPA"), codified at Title 50, United States Code, Section 1701 et seq., and regulations issued thereunder, and the Trading with the Enemy Act ("TWEA"), codified at Title 50, United States Code Appendix, Section 1 et seq., and regulations issued thereunder, with the U.S. Department of Justice (the "DOJ"), acting through the Office of the United States Attorney for the Southern District of New York and the Asset Forfeiture and Money Laundering Section of the Criminal Division of the U.S. Department of Justice (the "2014 DOJ Plea Agreement"), in the action *United States v. BNP Paribas*, No. 14-CR-460-LGS (S.D.N.Y.). The 2014 DOJ Plea Agreement attached a stipulated Statement of Facts. Also on or about June 30, 2014, BNP Paribas entered into a Plea Agreement with the District Attorney of the County of New York ("DANY") and pleaded guilty to one count of falsifying business records in the first degree, pursuant to Penal Law Section 175.10, and to one

count of conspiracy in the fifth degree, pursuant to Penal Law Section 105.05 (the "2014 DANY Plea Agreement"). The 2014 DANY Plea Agreement also attached a stipulated Factual Statement with identical admissions to the Statement of Facts (together, the "2014 SOF," and collectively with the 2014 DOJ Plea Agreement, Information, *United States v. BNP Paribas*, No. 14-CR-460-LGS (S.D.N.Y.) (the "Information"), and the 2014 DANY Plea Agreement, the "2014 Plea Documents"). For the avoidance of doubt, BNPP does not and will not dispute the 2014 SOF. BNPP's responses herein should be read to be consistent with the 2014 SOF, and nothing in this Answer should be construed as a contradiction of the 2014 SOF.

In connection with the plea agreements, BNPP also entered into a Cease and Desist Order Issued Upon Consent Pursuant to the Federal Deposit Insurance Act, as Amended, Supervisory Cooperation Decision Applying the Joint Statement of the French and U.S. Banking Supervisors of May 24, 2004, with the Board of Governors of the Federal Reserve System, Washington D.C. (the "FRB") and the Autorité de Contrôle Prudentiel et de Résolution, Paris, France ("2014 FRB-ACPR Cease and Desist Order"), an Order to Cease and Desist and Order of Assessment of a Civil Money Penalty Issued Upon Consent Pursuant to the Federal Deposit Insurance Act, as Amended, with the FRB ("Second 2014 FRB Cease and Desist Order"), a Settlement Agreement with the U.S. Department of Treasury's Office of Foreign Assets Control ("OFAC") (the "2014 OFAC Settlement"), and a Consent Order under New York Banking Law § 44 with the New York State Department of Financial Services ("NYDFS") ("2014 NYDFS Consent Order") (the "2014 Settlement Agreements," and collectively with the 2014 Plea Documents, the "2014 Settlement Documents").

BNPP provides this Answer based on a reasonable inquiry and its knowledge to date. BNPP reserves the right to amend, supplement, revise, clarify or correct the responses set forth herein.

1.      Paragraph 1 contains characterizations of the nature of this action to which no response is required.  To the extent a response is required, BNPP denies such characterizations and denies that Plaintiffs are entitled to the relief sought.

2.      BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2.

3.      BNPP denies the allegations contained in Paragraph 3 and denies that Plaintiffs are entitled to the relief sought.

4.      BNPP denies the allegations contained in Paragraph 4, except admits that BNPP entered into the 2014 Settlement Documents.  To the extent that Paragraph 4 purports to characterize and quote the contents of a written document, which document speaks for itself, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the referenced document and refers to the document for its true and correct contents.

5.      BNPP denies the allegations contained in Paragraph 5, except admits that BNPP pleaded guilty to one count of conspiracy to commit an offense against the United States in violation of Title 18, United States Code, Section 371, by conspiring to violate the IEEPA and the TWEA, and to one count of falsifying business records in the first degree, pursuant to New York Penal Law Section 175.10, and one count of conspiracy in the fifth degree, pursuant to New York Penal Law Section 105.05, entered into the 2014 Settlement Agreements, paid a forfeiture of approximately $8.9 billion, and that, as admitted in the 2014 NYDFS Consent Order, "at the direction of the Department [of Financial Services]," certain "individuals were terminated by or

separated from the Bank," and BNPP "implement[ed] [a] one year-long suspension of U.S. Dollar clearing services through its New York Branch."  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 Settlement Documents and refers to 2014 Settlement Documents for their true and correct contents.

6.      BNPP denies the allegations contained in Paragraph 6.  To the extent that Paragraph 6 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 6 for their true and correct contents.

7.      BNPP denies the allegations contained in Paragraph 7, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 7 cites to and purports to characterize the 2014 OFAC Settlement, which document speaks for itself, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 OFAC Settlement and refers to the 2014 OFAC Settlement for its true and correct contents.

8.      BNPP denies the allegations contained in Paragraph 8, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 8 quotes from and purports to characterize the 2014 SOF, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

9.      BNPP denies the allegations contained in Paragraph 9.

10.     BNPP denies the allegations contained in Paragraph 10.

11.     BNPP denies the allegations contained in Paragraph 11.  To the extent that Paragraph 11 purports to quote from and characterize the contents of written documents, which

documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 11 for their true and correct contents.

12.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12.

13.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13.

14.    BNPP admits the allegations contained in the first sentence of Paragraph 14.  BNPP denies the allegations contained in the second sentence of Paragraph 14, except admits that BNPP is a foreign bank that has multiple business lines and that the BNPP Group operates in dozens of countries worldwide.

15.    BNPP admits the allegations contained in the first two sentences of Paragraph 15. The third sentence of Paragraph 15 purports to characterize how a defined term is used throughout the Complaint as to which no responsive pleading is required and is otherwise denied.

16.    BNPP admits the allegations contained in Paragraph 16.

17.    BNPP denies the allegations contained in Paragraph 17, except admits that it has licensed branches in Bahrain, Kuwait, Qatar, Saudi Arabia, and the United Arab Emirates.

18.    BNPP denies the allegations contained in Paragraph 18.

19.    BNPP denies the allegations contained in Paragraph 19.

20.    BNPP denies the allegations contained in Paragraph 20.

21.    Paragraph 21 contains legal conclusions to which no response is required.  To the extent a response is required, BNPP denies the allegations contained in Paragraph 21.

22.     Paragraph 22 contains legal conclusions to which no response is required.  To the extent a response is required, BNPP denies the allegations contained in Paragraph 22.

23.     BNPP denies the allegations contained in Paragraph 23.

24.     BNPP denies the allegations contained in Paragraph 24.

25.     BNPP denies the allegations contained in Paragraph 25, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 25 cites to and purports to characterize the 2014 OFAC Settlement, which document speaks for itself, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 OFAC Settlement and refers to the 2014 OFAC Settlement for its true and correct contents.

26.     BNPP denies the allegations contained in Paragraph 26, except as set forth in the 2014 Settlement Documents, which documents speak for themselves.  To the extent that Paragraph 26 characterizes the 2014 Settlement Documents, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 Settlement Documents and refers to the 2014 Settlement Documents for their true and correct contents.

27.     Paragraph 27 contains legal conclusions to which no response is required.  To the extent a response is required, BNPP denies the allegations contained in Paragraph 27.

28.     Paragraph 28 contains legal conclusions to which no response is required.  To the extent a response is required, BNPP denies the allegations contained in Paragraph 28.

29.     Paragraph 29 cites and purports to characterize the 2014 Settlement Documents, which documents speak for themselves.  BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the 2014 Settlement Documents for their true and correct contents.

30.     BNPP denies the allegations contained in Paragraph 30.

31.     BNPP denies the allegations contained in Paragraph 31.

32.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32.

33.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33.  To the extent that Paragraph 33 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document, and refers to the document cited in Paragraph 33 for its true and correct contents.

34.     BNPP denies the allegations contained in Paragraph 34 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34.  To the extent that Paragraph 34 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 34 for its true and correct contents.

35.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35.  To the extent that Paragraph 35 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 35 for its true and correct contents.

36.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36.

37.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37.

38.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38.

39.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39.  To the extent that Paragraph 39 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 39 for its true and correct contents.

40.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40.

41.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41.  To the extent that Paragraph 41 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 41 for its true and correct contents.

42.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42.

43.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43.  To the extent that Paragraph 43 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 43 for their true and correct contents.

44.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44.

45.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45.

46.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46.

47.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47.

48.    Paragraph 48 contains characterizations of Plaintiffs' allegations to which no response is required.  To the extent a response is required, BNPP denies the allegations contained in Paragraph 48 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48.

49.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49.  To the extent that Paragraph 49 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 49 for their true and correct contents.

50.    BNPP denies the allegations contained in Paragraph 50 as they pertain to BNPP and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50.  To the extent that Paragraph 50 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 50 for their true and correct contents.

51.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51.

52.      BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52.

53.      BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53.

54.      BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54.

55.      BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55.

56.      BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56.

57.      BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57.

58.      BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58.

59.      BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59.

60.      BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60.

61.      BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61.

62.      BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62.

63.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63.

64.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64.

65.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65.

66.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66.

67.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67.

68.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68.

69.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69.

70.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70.

71.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71.

72.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72.

73.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73.

74.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74.

75.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75.

76.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76.

77.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77.

78.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78.

79.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79.

80.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80.

81.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81.

82.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82.  To the extent that Paragraph 82 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document, and refers to the document cited in Paragraph 82 for its true and correct contents.

83.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83.

84.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84, except admits that the Iran hostage crisis occurred beginning in November 1979.

85.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85.  To the extent that Paragraph 85 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document, and refers to the document cited in Paragraph 85 for its true and correct contents.

86.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86.  To the extent that Paragraph 86 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document, and refers to the document cited in Paragraph 86 for its true and correct contents.

87.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87.

88.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88.  To the extent that Paragraph 88 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document, and refers to the document cited in Paragraph 88 for its true and correct contents.

89.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89.  To the extent that Paragraph 89 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such

characterizations inconsistent with the contents of the referenced document, and refers to the document cited in Paragraph 89 for its true and correct contents.

90.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90, except admits that the Iran-Iraq war began in September 1980.

91.    BNPP denies the allegations contained in Paragraph 91 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91.  To the extent that Paragraph 91 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document, and refers to the document cited in Paragraph 91 for its true and correct contents.

92.    BNPP denies the allegations contained in Paragraph 92 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92.

93.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93.

94.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94.

95.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95.

96.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96.

97.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97.  To the extent that Paragraph 97 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 97 for its true and correct contents.

98.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98.

99.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99.

100.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100.

101.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101.

102.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102.

103.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103.

104.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104.

105.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105.

106.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106.

107.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107.

108.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108.

109.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 109.

110.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110.

111.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 111.

112.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 112.

113.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 113.

114.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 114.

115.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 115.

116.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 116.

117.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 117, except admits that al-Qaeda attacked the United States on September 11, 2001.  To the extent that Paragraph 117 purports to quote from and characterize

the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 117 for its true and correct contents.

118.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 118.

119.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 119, except admits that the United States deposed Saddam Hussein's regime in Iraq in 2003.

120.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 120.

121.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 121.

122.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 122.

123.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 123.

124.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 124.  To the extent that Paragraph 124 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 124 for their true and correct contents.  BNPP avers that the United States designated the IRGC-Qods Force under Executive Order 13224 in October 2007.

125.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 125.

126.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 126.

127.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 127.

128.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 128.

129.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 129.

130.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130.

131.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 131.

132.    BNPP denies the allegations contained in Paragraph 132 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132.  To the extent that Paragraph 132 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 132 for its true and correct contents.

133.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133.

134.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134.

135.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 135.

136.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136.

137.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 137.

138.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 138.

139.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139.  To the extent that Paragraph 139 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 139 for its true and correct contents.

140.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140.

141.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141.

142.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142.

143.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143.

144.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144.

145.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145.

146.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 146.

147.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 147.

148.    BNPP denies the allegations contained in Paragraph 148.

149.    BNPP denies the allegations contained in Paragraph 149.

150.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 150.

151.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 151.

152.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 152.

153.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 153.  To the extent that Paragraph 153 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 153 for their true and correct contents.  BNPP avers that the United States designated the Islamic Revolution Mostazafan Foundation in 2020 pursuant to Executive Order 13876.

154.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 154.

155.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 155.  To the extent that Paragraph 155 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 155 for its true and correct contents.

156.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156.  To the extent that Paragraph 156 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 156 for its true and correct contents.

157.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157.

158.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 158.

159.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 159.

160.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 160.

161.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 161.

162.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 162.

163.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 163.  To the extent that Paragraph 163 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 163 for its true and correct contents.

164.    BNPP denies the allegations contained in Paragraph 164 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 164.  To the extent that Paragraph 164 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 164 for its true and correct contents.

165.    BNPP denies the allegations contained in Paragraph 165 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 165.  To the extent that Paragraph 165 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 165 for its true and correct contents.

166.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 166.  To the extent that Paragraph 166 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 166 for its true and correct contents.

167.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 167.  To the extent that Paragraph 167 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 167 for its true and correct contents.

168.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 168.  To the extent that Paragraph 168 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 168 for their true and correct contents.  BNPP avers that the United States designated the Islamic Revolution Mostazafan Foundation in 2020 pursuant to Executive Order 13876.

169.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 169.  To the extent that Paragraph 169 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 169 for its true and correct contents.

170.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 170.  To the extent that Paragraph 170 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 170 for its true and correct contents.

171.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 171.  To the extent that Paragraph 171 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 171 for their true and correct contents.

172.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 172.  To the extent that Paragraph 172 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 172 for their true and correct contents.  BNPP avers that the United States designated EIKO and AQR in 2021 pursuant to Executive Order 13876.

173.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 173.  To the extent that Paragraph 173 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 173 for their true and correct contents.

174.    BNPP denies the allegations contained in Paragraph 174 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 174.  To the extent that Paragraph 174 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers

24

to the documents cited in Paragraph 174 for their true and correct contents. BNPP avers that on December 17, 2008, the United States designated an entity described as a Bank Melli subsidiary and initiated a forfeiture action against that entity's interest in a building.

175.   BNPP denies the allegations contained in Paragraph 175 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 175. To the extent that Paragraph 175 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 175 for its true and correct contents.

176.   BNPP denies the allegations contained in Paragraph 176 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 176. To the extent that Paragraph 176 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 176 for its true and correct contents.

177.   BNPP denies the allegations contained in Paragraph 177 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 177. To the extent that Paragraph 177 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 177 for their true and correct contents.

178.   BNPP denies the allegations contained in Paragraph 178 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the

allegations contained in Paragraph 178.  To the extent that Paragraph 178 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 178 for its true and correct contents.

179.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 179.  To the extent that Paragraph 179 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 179 for its true and correct contents.

180.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 180.

181.    BNPP denies the allegations contained in Paragraph 181.

182.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182.

183.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 183.

184.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 184.  To the extent that Paragraph 184 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 184 for its true and correct contents.

185.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 185.  To the extent that Paragraph 185 purports to quote

from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 185 for their true and correct contents.

186.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186.  To the extent that Paragraph 186 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 186 for its true and correct contents.

187.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 187.  To the extent that Paragraph 187 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 187 for its true and correct contents.

188.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188.  To the extent that Paragraph 188 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 188 for its true and correct contents.

189.    BNPP denies the allegations contained in Paragraph 189 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 189.

190.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 190.

191.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 191.  To the extent that Paragraph 191 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 191 for its true and correct contents.

192.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 192.  To the extent that Paragraph 192 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 192 for their true and correct contents.

193.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 193.  To the extent that Paragraph 193 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 193 for its true and correct contents.

194.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 194.  To the extent that Paragraph 194 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 194 for its true and correct contents.

195.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 195.  To the extent that Paragraph 195 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 195 for its true and correct contents.

196.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 196.

197.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 197.

198.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 198.

199.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 199.    To the extent that Paragraph 199 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 199 for their true and correct contents.    BNPP avers that the United States designated Hezbollah as an FTO in 1997, and the IRGC-Qods Force as an SDGT in 2007 and as an FTO in 2019.

200.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 200.    To the extent that Paragraph 200 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 200 for its true and correct contents.

201.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 201.

202.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 202.   To the extent that Paragraph 202 states legal conclusions, no response is required.

203.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 203.   To the extent that Paragraph 203 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 203 for their true and correct contents.   BNPP avers that, on October 25, 2007, the United States designated the IRGC-Qods Force under Executive Order 13224, and designated the IRGC pursuant to Executive Order 13382.

204.     Paragraph 204 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves.   BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 204 for their true and correct contents.

205.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 205.   To the extent that Paragraph 205 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 205 for their true and correct contents.   BNPP avers that, on February 10, 2010, the United States designated an individual and four companies described as being affiliated with the IRGC pursuant to Executive Order 13382.

206.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 206.   To the extent that Paragraph 206 purports to

characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 206 for its true and correct contents.  BNPP avers that the U.N. Security Council adopted S/RES/1929 on June 9, 2010.

207.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 207.  To the extent that Paragraph 207 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 207 for its true and correct contents.

208.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 208.  To the extent that Paragraph 208 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 208 for their true and correct contents.  BNPP avers that the President of the United States signed the Comprehensive Iran Sanctions, and Divestment Act on July 1, 2010.

209.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 209.  To the extent that Paragraph 209 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 209 for their true and correct contents.  BNPP avers that the United States designated a number of entities pursuant to Executive Order 13382 and Executive Order 13581 on July 18, 2017.

210. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 210. To the extent that Paragraph 210 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 210 for their true and correct contents. BNPP avers that the President of the United States signed the Countering America's Adversaries Through Sanctions Act on August 2, 2017.

211. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 211. To the extent that Paragraph 211 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 211 for their true and correct contents. BNPP avers that the United States designated the IRGC pursuant to Executive Order 13224 on October 13, 2017.

212. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 212. To the extent that Paragraph 212 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 212 for its true and correct contents.

213. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 213. To the extent that Paragraph 213 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 213 for their true and correct contents. BNPP avers that the

President of the United States signed a memorandum entitled "Ceasing United States Participation in the Joint Comprehensive Plan of Action and Taking Additional Action to Counter Iran's Malign Influence and Deny Iran All Paths to a Nuclear Weapon" on May 8, 2018.

214.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 214.  To the extent that Paragraph 214 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 214 for its true and correct contents.

215.    BNPP denies the allegations contained in Paragraph 215 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 215.  To the extent that Paragraph 215 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 215 for its true and correct contents.  BNPP avers that FinCEN published an advisory entitled "Advisory on the Iranian Regime's Illicit and Malign Activities and Attempts to Exploit the Financial System" on October 11, 2018.

216.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 216.  To the extent that Paragraph 216 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 216 for their true and correct contents.  BNPP avers that the United States designated the IRGC as an FTO on April 15, 2019.

217.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 217.  To the extent that Paragraph 217 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 217 for their true and correct contents.

218.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 218.  To the extent that Paragraph 218 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 218 for their true and correct contents.  BNPP avers that the President of the United States issued Executive Order 13902, which imposed certain sanctions on Iran, on January 14, 2020.

219.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 219.  To the extent that Paragraph 219 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 219 for their true and correct contents.  BNPP avers that the United States designated 20 entities described as providing support to or acting on behalf of the IRGC-Qods Force pursuant to Executive Order 13224 on March 26, 2020.

220.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 220.  To the extent that Paragraph 220 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the

documents referenced in Paragraph 220 for their true and correct contents. BNPP avers that the United States designated an individual and a company described as being involved in illicit business opportunities to generate revenue for the IRGC-Qods Force pursuant to Executive Order 13224 on May 1, 2020.

221.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 221. To the extent that Paragraph 221 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 221 for their true and correct contents. BNPP avers that the United States designated certain individuals and entities described as being members and affiliates of the IRGC and the IRGC-Qods Force pursuant to Executive Order 13224 on June 1, 2023.

222.    BNPP denies the allegations contained in Paragraph 222.

223.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 223.

224.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 224. To the extent that Paragraph 224 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 224 for its true and correct contents.

225.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 225.

226.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 226. To the extent that Paragraph 226 purports to quote

from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 226 for its true and correct contents.

227.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 227.

228.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 228.

229.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 229.

230.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 230.

231.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 231.  To the extent that Paragraph 231 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 231 for its true and correct contents.

232.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 232.

233.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 233.

234.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 234.  To the extent that Paragraph 234 purports to quote from and characterize the contents of written documents, which documents speak for themselves,

BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 234 for their true and correct contents.

235.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 235.  To the extent that Paragraph 235 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 235 for their true and correct contents.

236.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 236.

237.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 237.

238.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 238.

239.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 239.  To the extent that Paragraph 239 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 239 for its true and correct contents.

240.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 240.

241.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 241.

242.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 242.   To the extent that Paragraph 242 states legal conclusions, no response is required.

243.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 243.

244.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 244.  To the extent that Paragraph 244 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 244 for their true and correct contents.

245.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 245.  To the extent that Paragraph 245 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 245 for its true and correct contents.

246.    BNPP avers that the United States designated Hezbollah as an FTO in 1997.

247.    BNPP denies the allegations contained in Paragraph 247.

248.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 248.  To the extent that Paragraph 248 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 248 for its true and correct contents.

249.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 249.

250.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 250.

251.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 251.

252.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 252.

253.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 253.

254.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 254.

255.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 255.

256.    BNPP denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 256.  To the extent that Paragraph 256 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 256 for their true and correct contents.  BNPP avers that the President of the United States signed Executive Order 13876 on June 26, 2019.

257.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 257.  To the extent that Paragraph 257 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such

characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 257 for their true and correct contents. BNPP avers that the United States designated Iran's Armed Forces General Staff and nine individuals described as acting for or on behalf of Ali Khamenei pursuant to Executive Order 13876 on November 4, 2019.

258.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 258. To the extent that Paragraph 258 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 258 for their true and correct contents. BNPP avers that the United States designated certain individuals and companies described as generating revenue for Hezbollah and the IRGC-Qods Force pursuant to Executive Order 13224 on November 3, 2022.

259.    Paragraph 259 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves. BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 259 for their true and correct contents.

260.    Paragraph 260 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves. BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 260 for their true and correct contents.

261.    BNPP denies the allegations contained in Paragraph 261 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 261. To the extent that Paragraph 261 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP

denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 261 for their true and correct contents.

262.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 262.

263.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 263.

264.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 264.

265.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 265.  To the extent that Paragraph 265 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 265 for its true and correct contents.

266.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 266.  To the extent that Paragraph 266 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 266 for its true and correct contents.

267.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 267.

268.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 268.

269.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 269.

270.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 270.  To the extent that Paragraph 270 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 270 for its true and correct contents.

271.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 271.  To the extent that Paragraph 271 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 271 for its true and correct contents.

272.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 272.

273.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 273.  To the extent that Paragraph 273 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 273 for its true and correct contents.

274.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 274.

275.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 275.

276.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 276.

277.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 277.

278.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 278.

279.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 279.  To the extent that Paragraph 279 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 279 for its true and correct contents.

280.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 280.  To the extent that Paragraph 280 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 280 for its true and correct contents.

281.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 281.

282.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 282.

283.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 283.

284. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 284. To the extent that Paragraph 284 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 284 for its true and correct contents.

285. BNPP denies the allegations contained in Paragraph 285 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 285. To the extent that Paragraph 285 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 285 for its true and correct contents.

286. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 286. To the extent that Paragraph 286 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 286 for its true and correct contents.

287. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 287. To the extent that Paragraph 287 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 287 for its true and correct contents.

288. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 288.

289.    BNPP denies the allegations contained in Paragraph 289 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 289.

290.    BNPP denies the allegations contained in Paragraph 290 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 290.  To the extent that Paragraph 290 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 290 for their true and correct contents.

291.    BNPP denies the allegations contained in Paragraph 291 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 291.

292.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 292.

293.    BNPP denies the allegations contained in Paragraph 293.

294.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 294.

295.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 295.  To the extent that Paragraph 295 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 295 for its true and correct contents.  BNPP avers that the

United States designated Hezbollah, Hamas, and PIJ as FTOs in 1997, Kata'ib Hizballah as an FTO in 2009, and Asa'ib Ahl al-Haq as an FTO in 2020.

296.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 296.

297.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 297.

298.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 298.

299.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 299.  To the extent that Paragraph 299 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 299 for its true and correct contents.

300.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 300.  To the extent that Paragraph 300 purports to quote from and characterize the contents of  written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 300 for their true and correct contents.

301.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 301.  To the extent that Paragraph 301 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers

to the document cited in Paragraph 301 for its true and correct contents.  BNPP avers that Congress enacted the Countering America's Adversaries Through Sanctions Act in 2017.

302.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 302.

303.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 303.

304.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 304.  To the extent that Paragraph 304 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 304 for their true and correct contents.

305.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 305.

306.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 306.  To the extent that Paragraph 306 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 306 for its true and correct contents.

307.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 307.  To the extent that Paragraph 307 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 307 for its true and correct contents.

308.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 308.  To the extent that Paragraph 308 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 308 for its true and correct contents.

309.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 309.  To the extent that Paragraph 309 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 309 for their true and correct contents.

310.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 310.

311.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 311.

312.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 312.

313.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 313.  To the extent that Paragraph 313 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 313 for their true and correct contents.

314.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 314.   To the extent that Paragraph 314 purports to

48

characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 314 for their true and correct contents.

315.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 315.

316.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 316.

317.    BNPP denies the allegations contained in Paragraph 317 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 317.

318.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 318.  To the extent that Paragraph 318 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 318 for its true and correct contents.

319.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 319.

320.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 320.

321.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 321.

322.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 322.  To the extent that Paragraph 322 purports to quote

from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 322 for its true and correct contents.

323.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 323.  To the extent that Paragraph 323 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 323 for its true and correct contents.

324.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 324.

325.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 325.

326.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 326.

327.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 327.

328.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 328.

329.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 329.

330.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 330.  To the extent that Paragraph 330 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies

such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 330 for its true and correct contents.

331.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 331.  To the extent that Paragraph 331 purports to characterize the U.S. sanctions on Kata'ib Hizballah, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 331 for their true and correct contents.  BNPP avers that the United States designated on Kata'ib Hizballah as an FTO on July 2, 2009.

332.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 332.  To the extent that Paragraph 332 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 332 for its true and correct contents.

333.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 333.  To the extent that Paragraph 333 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 333 for their true and correct contents.

334.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 334.  To the extent that Paragraph 334 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 334 for their true and correct contents.

335.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 335.  To the extent that Paragraph 335 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 335 for its true and correct contents.

336.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 336.

337.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 337.  To the extent that Paragraph 337 states legal conclusions, no response is required.

338.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 338.  To the extent that Paragraph 338 states legal conclusions, no response is required.

339.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 339.  To the extent that Paragraph 339 states legal conclusions, no response is required.

340.    BNPP denies the allegations contained in Paragraph 340.

341.    BNPP denies the allegations contained in Paragraph 341 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 341.  To the extent that Paragraph 341 purports to characterize the contents of  written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 341 for their true and correct contents.

342.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 342.

343.    BNPP denies the allegations contained in Paragraph 343 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 343.

344.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 344.  To the extent that Paragraph 344 states legal conclusions, no response is required.

345.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 345.

346.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 346.  To the extent that Paragraph 346 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 346 for its true and correct contents.

347.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 347.  To the extent that Paragraph 347 purports to characterize the U.S. sanctions on Kata'ib Hizballah, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 347 for their true and correct contents.  BNPP avers that the United States designated Kata'ib Hizballah as an FTO on July 2, 2009.

348.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 348.  To the extent that Paragraph 348 purports to

characterize the U.S. sanctions on Asa'ib Ahl al-Haq, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 348 for their true and correct contents. BNPP avers that the United States designated Asa'ib Ahl al-Haq as an FTO and designated two individuals described as its leaders pursuant to Executive Order 13224 on January 3, 2020.

349.    BNPP denies the allegations contained in Paragraph 349.

350.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 350.

351.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 351.

352.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 352.

353.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 353.

354.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 354.

355.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 355.

356.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 356.

357.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 357. To the extent that Paragraph 357 states legal conclusions, no response is required. To the extent that Paragraph 357 purports to quote from and

characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 357 for its true and correct contents.

358.    BNPP avers that the United States designated Hamas as an FTO in 1997.

359.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 359.

360.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 360.

361.    BNPP denies the allegations contained in Paragraph 361 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 361.

362.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 362.  To the extent that Paragraph 362 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 362 for its true and correct contents.

363.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 363.  To the extent that Paragraph 363 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 363 for its true and correct contents.

364.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 364.

365.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 365.

366.     BNPP denies the allegations contained in Paragraph 366 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 366.  To the extent that Paragraph 366 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 366 for its true and correct contents.

367.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 367.

368.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 368.

369.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 369.

370.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 370.  To the extent that Paragraph 370 states legal conclusions, no response is required.

371.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 371.

372.     BNPP avers that the United States designated PIJ as an FTO in 1997.

373.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 373.

374.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 374.

375.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 375.

376.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 376.

377.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 377.

378.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 378.

379.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 379.  BNPP avers that the United States designated the Democratic People's Republic of Korea as a state sponsor of terrorism in 1988 and that this designation was rescinded in 2008.

380.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 380.  To the extent that Paragraph 380 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 380 for its true and correct contents.

381.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 381.  To the extent that Paragraph 381 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers

to the document cited in Paragraph 381 for its true and correct contents. BNPP avers that the United States designated the Democratic People's Republic of Korea as a state sponsor of terrorism on November 20, 2017.

382. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 382.

383. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 383.

384. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 384.

385. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 385. To the extent that Paragraph 385 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 385 for its true and correct contents.

386. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 386.

387. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 387.

388. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 388.

389. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 389.

390.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 390.

391.    BNPP denies the allegations contained in Paragraph 391 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 391.  To the extent that Paragraph 391 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 391 for their true and correct contents.  BNPP avers that the United States designated KAA on the basis of its purported relationship to the IRGC pursuant to Executive Order 13382 on October 25, 2007.

392.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 392.  To the extent that Paragraph 392 purports to characterize the E.U. restrictions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 392 for their true and correct contents.  BNPP avers that the European Union imposed restrictive measures against KAA on June 23, 2008.

393.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 393.  To the extent that Paragraph 393 purports to characterize the E.U. restrictions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 393 for their true and correct contents.  BNPP avers that the European Union imposed restrictive measures against the IRGC, IRGC-Qods Force, and certain individuals identified as associated with the IRGC on July 27, 2010.

394.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 394.   To the extent that Paragraph 394 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 394 for their true and correct contents.   BNPP avers that the United States designated, among others, an entity described as being owned by KAA pursuant to Executive Order 13382 on March 28, 2012.

395.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 395.   To the extent that Paragraph 395 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 395 for their true and correct contents.   BNPP avers that the United States identified Bandar Imam Petrochemical Company as being owned or controlled by the Government of Iran pursuant to Executive Order 13599 on May 31, 2013.

396.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 396.

397.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 397.   To the extent that Paragraph 397 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 397 for their true and correct contents.   BNPP avers that the United States designated Persian Gulf Petrochemical Industries Company and its subsidiaries for

purportedly providing financial support to KAA pursuant to Executive Order 13382 on June 7, 2019.

398.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 398.  To the extent that Paragraph 398 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 398 for their true and correct contents.  BNPP avers that the United States designated certain individuals and entities described as facilitating Iranian petrochemical sales pursuant to Executive Order 13846 on July 6, 2022.

399.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 399.  To the extent that Paragraph 399 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 399 for their true and correct contents.  BNPP avers that the United States designated Abdolreza Abedzadeh pursuant to Executive Order 13224 on September 15, 2023.

400.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 400.  To the extent that Paragraph 400 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 400 for their true and correct contents.  BNPP avers that the United States designated Rostam Qasemi pursuant to Executive Order 13224 on September 4, 2017.

401.    BNPP denies the allegations contained in Paragraph 401 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 401.

402.    BNPP denies the allegations contained in Paragraph 402.

403.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 403.

404.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 404.

405.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 405.

406.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 406.

407.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 407.

408.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 408.

409.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 409.

410.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 410.  To the extent that Paragraph 410 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 410 for its true and correct contents.

411.    BNPP denies the allegations contained in Paragraph 411 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 411.  To the extent that Paragraph 411 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 411 for their true and correct contents.

412.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 412.  To the extent that Paragraph 412 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 412 for their true and correct contents.  BNPP avers that the United States identified the NIOC, Naftiran Intertrade Company Ltd. and Naftiran Intertrade Co. Sarl as entities owned or controlled by the Government of Iran on November 26, 2008.

413.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 413.  To the extent that Paragraph 413 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 413 for their true and correct contents.  BNPP avers that the United States identified certain petroleum companies, including Petropars, as entities owned or controlled by the Government of Iran on June 16, 2010.

414.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 414.  To the extent that Paragraph 414 purports to quote from and characterize the contents of written documents, which documents speak for themselves,

BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 414 for their true and correct contents.

415.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 415.  To the extent that Paragraph 415 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 415 for their true and correct contents.  BNPP avers that the 2012 National Defense Authorization Act directed the President of the United States to impose sanctions with respect to the Central Bank of Iran.

416.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 416.  To the extent that Paragraph 416 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 416 for their true and correct contents.  BNPP avers that the United States identified NIOC as an agent or affiliate of the IRGC on September 24, 2012.

417.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 417.  To the extent that Paragraph 417 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 417 for their true and correct contents.  BNPP avers that the United States identified NIOC as an agent or affiliate of the IRGC on September 24, 2012, which identification triggered additional economic sanctions on NIOC.

418.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 418.  To the extent that Paragraph 418 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 418 for their true and correct contents.

419.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 419.

420.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 420.  To the extent that Paragraph 420 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 420 for their true and correct contents.  BNPP avers that the United States identified NIOC as an agent or affiliate of the IRGC on September 24, 2012.

421.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 421.  To the extent that Paragraph 421 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 421 for their true and correct contents.  BNPP avers that the United States identified eight Iranian petrochemical as being owned or controlled by the Government of Iran pursuant to Executive Order 13599 on May 31, 2013.

422.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 422.  To the extent that Paragraph 422 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such

characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 422 for their true and correct contents. BNPP avers that the President of the United States issued Executive Order 13846 on August 6, 2018.

423. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 423. To the extent that Paragraph 423 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 423 for its true and correct contents.

424. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 424. To the extent that Paragraph 424 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 424 for their true and correct contents. BNPP avers that the United States designated the Iranian Ministry of Petroleum, NIOC, and additional entities identified as being associated with the IRGC-QF pursuant to Executive Order 13324 on October 26, 2020.

425. BNPP denies the allegations contained in Paragraph 425 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 425.

426. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 426.

427. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 427.

428.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 428.

429.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 429.

430.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 430.

431.    BNPP denies the allegations contained in Paragraph 431 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 431.

432.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 432.  To the extent that Paragraph 432 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 432 for its true and correct contents.

433.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 433.  To the extent that Paragraph 433 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 433 for its true and correct contents.

434.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 434.  To the extent that Paragraph 434 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the

documents referenced in Paragraph 434 for their true and correct contents. BNPP avers that the United States designated NITC pursuant to Executive Order 13324 on October 26, 2020.

435.    BNPP denies the allegations contained in Paragraph 435 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 435.

436.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 436.

437.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 437.

438.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 438.

439.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 439.

440.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 440.

441.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 441.

442.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 442.

443.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 443.

444.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 444.

445.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 445.

446.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 446.  To the extent that Paragraph 446 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 446 for their true and correct contents.  BNPP avers that the United States designated the Iran Electronic Development Company pursuant to Executive Order 13876 on November 18, 2020.

447.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 447.

448.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 448.  To the extent that Paragraph 448 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 448 for its true and correct contents.

449.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 449.

450.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 450.

451.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 451.

452.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 452.  To the extent that Paragraph 452 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 452 for its true and correct contents.

453.    BNPP denies the allegations contained in Paragraph 453 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 453.

454.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 454.

455.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 455.

456.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 456.

457.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 457.  To the extent that Paragraph 457 purports to characterize the E.U. restrictions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 457 for their true and correct contents.  BNPP avers that the European Union imposed restrictive measures against Ebrahim Mahmudzadeh on June 23, 2008.

458.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 458.  To the extent that Paragraph 458 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 458 for its true and correct contents.

459.    BNPP denies the allegations contained in Paragraph 459 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 459.  To the extent that Paragraph 459 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 459 for their true and correct contents.

460.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 460.  To the extent that Paragraph 460 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 460 for its true and correct contents.

461.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 461.

462.    BNPP denies the allegations contained in Paragraph 462 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 462.  To the extent that Paragraph 462 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 462 for their true and correct contents.

463.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 463.  To the extent that Paragraph 463 purports to quote

from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 463 for its true and correct contents.

464.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 464.  To the extent that Paragraph 464 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 464 for its true and correct contents.

465.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 465.  To the extent that Paragraph 465 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 465 for its true and correct contents.

466.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 466.  To the extent that Paragraph 466 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 466 for its true and correct contents.

467.    BNPP denies the allegations contained in Paragraph 467 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 467.  To the extent that Paragraph 467 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP

denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 467 for their true and correct contents.

468.    BNPP denies the allegations contained in Paragraph 468 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 468.  To the extent that Paragraph 468 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 468 for its true and correct contents.

469.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 469.

470.    BNPP denies the allegations contained in Paragraph 470 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 470.  To the extent that Paragraph 470 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 470 for its true and correct contents.

471.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 471.  To the extent that Paragraph 471 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 471 for its true and correct contents.

472.    BNPP denies the allegations contained in Paragraph 472 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the

allegations contained in Paragraph 472.  To the extent that Paragraph 472 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 472 for their true and correct contents.

473.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 473.

474.    BNPP denies the allegations contained in Paragraph 474 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 474.  To the extent that Paragraph 474 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 474 for their true and correct contents.

475.    BNPP denies the allegations contained in Paragraph 475 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 475.  To the extent that Paragraph 475 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 475 for its true and correct contents.

476.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 476.  To the extent that Paragraph 476 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 476 for its true and correct contents.

477.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 477.

478.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 478.  To the extent that Paragraph 478 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 478 for its true and correct contents.

479.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 479.  To the extent that Paragraph 479 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 479 for its true and correct contents.

480.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 480.

481.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 481.

482.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 482.  To the extent that Paragraph 482 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 482 for its true and correct contents.

483.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 483.

484.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 484.

485.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 485.  To the extent that Paragraph 485 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 485 for its true and correct contents.

486.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 486.

487.    BNPP denies the allegations contained in Paragraph 487 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 487.

488.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 488.

489.    BNPP denies the allegations contained in Paragraph 489 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 489.

490.    BNPP denies the allegations contained in Paragraph 490 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 490.  To the extent that Paragraph 490 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 490 for its true and correct contents.

491.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 491.  To the extent that Paragraph 491 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 491 for their true and correct contents.

492.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 492.  To the extent that Paragraph 492 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 492 for its true and correct contents.

493.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 493.  To the extent that Paragraph 493 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 493 for its true and correct contents.

494.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 494.  To the extent that Paragraph 494 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 494 for its true and correct contents.

495.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 495.  To the extent that Paragraph 495 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such

characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 495 for their true and correct contents.  BNPP avers that the President of the United States issued Executive Order 13846 on August 6, 2018.

496.    BNPP denies the allegations contained in Paragraph 496 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 496.  To the extent that Paragraph 496 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 496 for their true and correct contents.

497.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 497.

498.    BNPP denies the allegations contained in Paragraph 498 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 498.

499.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 499.

500.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 500.  To the extent that Paragraph 500 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 500 for their true and correct contents.  BNPP avers that Executive Order 13902 imposed sanctions on certain sectors of Iran's economy.

501.    BNPP denies the allegations contained in Paragraph 501 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 501.

502.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 502.

503.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 503.  To the extent that Paragraph 503 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 503 for its true and correct contents.

504.    BNPP denies the allegations contained in Paragraph 504 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 504.  To the extent that Paragraph 504 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 504 for their true and correct contents.

505.    BNPP denies the allegations contained in Paragraph 505 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 505.

506.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 506.

507.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 507.

508.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 508.  To the extent that Paragraph 508 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 508 for their true and correct contents.  BNPP avers that the President of the United States signed Executive Order 13846 on August 6, 2018.

509.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 509.  To the extent that Paragraph 509 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 509 for their true and correct contents.  BNPP avers that the United States designated the Central Bank of Iran pursuant to Executive Order 13224 on September 20, 2019.

510.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 510.  To the extent that Paragraph 510 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 510 for their true and correct contents.  BNPP avers that the United States designated several Iranian individuals and entities pursuant to Executive Order 13224 on February 14, 2024.

511.    BNPP denies the allegations contained in Paragraph 511 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 511.  To the extent that Paragraph 511 purports to characterize

the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 511 for their true and correct contents.

512.    BNPP denies the allegations contained in Paragraph 512 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 512.

513.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 513.

514.    BNPP denies the allegations contained in Paragraph 514 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 514.  To the extent that Paragraph 514 purports to characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 514 for their true and correct contents.

515.    BNPP denies the allegations contained in Paragraph 515 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 515.

516.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 516.

517.    BNPP denies the allegations contained in Paragraph 517 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 517.  To the extent that Paragraph 517 purports to characterize the contents of written documents, which documents speak for themselves, BNPP denies such

characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 517 for their true and correct contents.

518.    BNPP denies the allegations contained in Paragraph 518 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 518.

519.    BNPP denies the allegations contained in Paragraph 519 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 519.  To the extent that Paragraph 519 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 519 for its true and correct contents.

520.    BNPP denies the allegations contained in Paragraph 520.

521.    Paragraph 521 states legal conclusions to which no response is required.  To the extent a response is required, BNPP denies the allegations contained in Paragraph 521.

522.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 522.  To the extent that Paragraph 522 purports to characterize the U.S. government's counterterrorism controls, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 522 for their true and correct contents.

523.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 523.  To the extent that Paragraph 523 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such

characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 523 for their true and correct contents.  BNPP avers that the President of the United States signed Executive Order 12957 in March 1995 and Executive Order 12959 in May 1995.

524.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 524.  To the extent that Paragraph 524 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 524 for their true and correct contents.

525.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 525.  To the extent that Paragraph 525 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 525 for their true and correct contents.

526.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 526.  To the extent that Paragraph 526 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 526 for their true and correct contents.  BNPP avers that, until November 2008, the U.S. sanctions regime permitted bank clearing services for Iranian entities pursuant to the "U-Turn" exemption.

527.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 527.  To the extent that Paragraph 527 purports to

characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 527 for their true and correct contents. BNPP avers that the United States amended the Iranian Transactions Regulations on September 8, 2006.

528.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 528. To the extent that Paragraph 528 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 528 for their true and correct contents. BNPP avers that on October 25, 2007, the United States designated the IRGC, the MODAFL, Bank Melli, Bank Mellat, nine companies described by OFAC as "IRGC-owned or -controlled companies," and five individuals described by OFAC as "IRGC individuals" pursuant to Executive Order 13382 and designated the IRGC-Qods Force and Bank Saderat pursuant to Executive Order 13224.

529.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 529. To the extent that Paragraph 529 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 529 for their true and correct contents.

530.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 530. To the extent that Paragraph 530 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the

documents referenced in Paragraph 530 for their true and correct contents.  BNPP avers that the United States revoked Iran's U-Turn license on November 6, 2008.

531.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 531.  To the extent that Paragraph 531 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 531 for their true and correct contents.

532.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 532.  To the extent that Paragraph 532 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 532 for their true and correct contents.

533.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 533.  To the extent that Paragraph 533 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 533 for their true and correct contents.

534.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 534.  To the extent that Paragraph 534 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 534 for their true and correct contents.

535.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 535.   To the extent that Paragraph 535 purports to characterize regulations promulgated under the Bank Secrecy Act, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 535 for their true and correct contents.

536.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 536.   To the extent that Paragraph 536 purports to characterize regulations promulgated under the Bank Secrecy Act, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 536 for their true and correct contents.

537.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 537.   To the extent that Paragraph 537 purports to characterize regulations promulgated under the Bank Secrecy Act, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 537 for their true and correct contents.

538.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 538.   To the extent that Paragraph 538 purports to characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 538 for their true and correct contents.

539.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 539.   To the extent that Paragraph 539 purports to characterize regulations promulgated under the Bank Secrecy Act, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 539 for their true and correct contents.

540.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 540.   To the extent that Paragraph 540 purports to characterize regulations promulgated under the Bank Secrecy Act, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 540 for their true and correct contents.

541.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 541.   To the extent that Paragraph 541 purports to characterize regulations promulgated under the Bank Secrecy Act, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 541 for their true and correct contents.

542.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 542.   To the extent that Paragraph 542 purports to characterize regulations promulgated under the Bank Secrecy Act, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced

documents and refers to the documents referenced in Paragraph 542 for their true and correct contents.

543.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 543.    To the extent that Paragraph 543 purports to characterize regulations promulgated under the Bank Secrecy Act, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 543 for their true and correct contents.

544.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 544.    To the extent that Paragraph 544 purports to characterize regulations promulgated under the Bank Secrecy Act, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 544 for their true and correct contents.

545.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 545.    To the extent that Paragraph 545 purports to characterize regulations promulgated under the Bank Secrecy Act, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 545 for their true and correct contents.

546.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 546.    To the extent that Paragraph 546 purports to characterize regulations promulgated under the Bank Secrecy Act, which documents speak for

themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 546 for their true and correct contents.

547.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 547.  To the extent that Paragraph 547 purports to characterize regulations promulgated under the Bank Secrecy Act, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 547 for their true and correct contents.

548.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 548.  To the extent that Paragraph 548 purports to characterize regulations promulgated under the Bank Secrecy Act, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 548 for their true and correct contents.

549.    BNPP denies the allegations contained in Paragraph 549 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 549.  To the extent that Paragraph 549 purports to characterize regulations promulgated under the Bank Secrecy Act, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 549 for their true and correct contents.

550.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 550.  To the extent that Paragraph 550 purports to

characterize regulations promulgated under the Bank Secrecy Act, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 550 for their true and correct contents.

551.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 551.    To the extent that Paragraph 551 purports to characterize regulations promulgated under the Bank Secrecy Act, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 551 for their true and correct contents.

552.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 552.    To the extent that Paragraph 552 purports to characterize regulations promulgated under the Bank Secrecy Act, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 552 for their true and correct contents.

553.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 553.    To the extent that Paragraph 553 purports to characterize regulations promulgated under the Bank Secrecy Act, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 553 for their true and correct contents.

554.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 554.   To the extent that Paragraph 554 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document, and refers to the document cited in Paragraph 554 for its true and correct contents.

555.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 555.   To the extent that Paragraph 555 purports to characterize the U.S. Treasury Department's Terrorist Finance Tracking Program, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 555 for their true and correct contents.

556.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 556.   To the extent that Paragraph 556 purports to characterize the U.S. Treasury Department's Terrorist Finance Tracking Program, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 556 for their true and correct contents.

557.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 557.   To the extent that Paragraph 557 purports to characterize the U.S. Treasury Department's Terrorist Finance Tracking Program, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 557 for their true and correct contents.

558.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 558.  To the extent that Paragraph 558 purports to characterize written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 558 for their true and correct contents.

559.    BNPP denies the allegations contained in Paragraph 559.  To the extent that Paragraph 559 quotes from and purports to characterize a written document, which document speaks for itself, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the referenced documents and refers to the documents referenced in Paragraph 559 for their true and correct contents.

560.    Paragraph 560 quotes from and purports to characterize the 2014 NYDFS Consent Order, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 NYDFS Consent Order and refers to the 2014 NYDFS Consent Order for its true and correct contents.

561.    BNPP denies the allegations contained in Paragraph 561, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 561 cites to and purports to characterize the 2014 OFAC Settlement, which document speaks for itself, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 OFAC Settlement and refers to the 2014 OFAC Settlement for its true and correct contents.

562.    Paragraph 562 states legal conclusions to which no response is required.  To the extent a response is required, BNPP denies the allegations contained in Paragraph 562.

563.    BNPP denies the allegations contained in the first sentence of Paragraph 563.  BNPP denies the allegations contained in the second sentence of Paragraph 563, except as set forth

in the 2014 SOF, which document speaks for itself. To the extent that Paragraph 563 quotes from and purports to characterize the 2014 SOF, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

564.    Paragraph 564 quotes from and purports to characterize the 2014 NYDFS Consent Order, which document speaks for itself. BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 NYDFS Consent Order and refers to the 2014 NYDFS Consent Order for its true and correct contents.

565.    Paragraph 565 characterizes the 2014 Settlement Documents, which documents speak for themselves. BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 Settlement Documents and refers to the 2014 Settlement Documents for their true and correct contents. BNPP admits that the SWIFT system is used by banks to exchange wire transfer messages with other financial institutions, and that SWIFT messages contain various informational fields.

566.    BNPP denies the allegations contained in Paragraph 566, except as set forth in the 2014 SOF, which document speaks for itself. To the extent that Paragraph 566 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations that are inconsistent with or go beyond the contents of these documents and refers to these documents for their true and correct contents.

567.    BNPP denies the allegations contained in Paragraph 567, except as set forth in the 2014 Settlement Documents, which documents speak for themselves. To the extent that Paragraph 567 characterizes the 2014 Settlement Documents, BNPP denies such characterizations that are

inconsistent with or go beyond the contents of the 2014 Settlement Documents and refers to the 2014 Settlement Documents for their true and correct contents.

568.    BNPP denies the allegations contained in Paragraph 568, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 568 quotes from and purports to characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations that are inconsistent with or go beyond the contents of these documents and refers to these documents for their true and correct contents.

569.    BNPP denies the allegations contained in Paragraph 569, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 569 quotes from and purports to characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations that are inconsistent with or go beyond the contents of these documents and refers to these documents for their true and correct contents.

570.    Paragraph 570 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 570 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations that are inconsistent with or go beyond the contents of these documents and refers to these documents for their true and correct contents.

571.    BNPP denies the allegations contained in Paragraph 571, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 571 quotes from and purports to characterize the 2014 OFAC Settlement, which document speaks for itself, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 OFAC Settlement and refers to the 2014 OFAC Settlement for its true and correct contents.

572.     BNPP denies the allegations contained in Paragraph 572, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 572 quotes from and purports to characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations that are inconsistent with or go beyond the contents of these documents and refers to these documents for their true and correct contents.

573.     BNPP denies the allegations contained in Paragraph 573, except as set forth in the 2014 NYDFS Consent Order, which document speaks for itself.  To the extent that Paragraph 573 quotes from and purports to characterize the 2014 NYDFS Consent Order, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 NYDFS Consent Order and refers to the 2014 NYDFS Consent Order for its true and correct contents.

574.     BNPP denies the allegations contained in Paragraph 574, except as set forth in the 2014 Settlement Documents, which documents speak for themselves.  To the extent that Paragraph 574 characterizes the 2014 Settlement Documents, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 Settlement Documents and refers to the 2014 Settlement Documents for their true and correct contents.

575.     To the extent that Paragraph 575 states a legal conclusion, no response is required. To the extent that a response is required, Paragraph 575 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

576.     Paragraph 576 quotes from and purports to characterize the 2014 NYDFS Consent Order, which document speaks for itself.  BNPP denies such characterizations that are inconsistent

with or go beyond the contents of the 2014 NYDFS Consent Order and refers to the 2014 NYDFS Consent Order for its true and correct contents.

577.    BNPP denies the allegations contained in Paragraph 577, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 577 quotes from and purports to characterize the 2014 OFAC Settlement, which document speaks for itself, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 OFAC Settlement and refers to the 2014 OFAC Settlement for its true and correct contents.

578.    Paragraph 578 quotes from the 2014 NYDFS Consent Order, which document speaks for itself.  BNPP refers to the 2014 NYDFS Consent Order for its true and correct contents.

579.    Paragraph 579 quotes from and purports to characterize the 2014 NYDFS Consent Order, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 NYDFS Consent Order and refers to the 2014 NYDFS Consent Order for its true and correct contents.

580.    BNPP denies the allegations contained in Paragraph 580.

581.    Paragraph 581 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

582.    BNPP denies the allegations contained in Paragraph 582, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 582 quotes from and purports to characterize the 2014 SOF, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

583.    BNPP denies the allegations contained in Paragraph 583, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 583 quotes from and purports to characterize the 2014 SOF, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

584.    BNPP denies the allegations contained in Paragraph 584, except as set forth in the 2014 NYDFS Consent Order, which document speaks for itself.  To the extent that Paragraph 584 quotes from and purports to characterize the 2014 NYDFS Consent Order, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 NYDFS Consent Order and refers to the 2014 NYDFS Consent Order for its true and correct contents.

585.    BNPP denies the allegations contained in Paragraph 585, except as set forth in the 2014 NYDFS Consent Order, which document speaks for itself.  To the extent that Paragraph 585 quotes from and purports to characterize the 2014 NYDFS Consent Order, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 NYDFS Consent Order and refers to the 2014 NYDFS Consent Order for its true and correct contents.

586.    BNPP denies the allegations contained in Paragraph 586, except as set forth in the 2014 NYDFS Consent Order, which document speaks for itself.  To the extent that Paragraph 586 quotes from and purports to characterize the 2014 NYDFS Consent Order, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 NYDFS Consent Order and refers to the 2014 NYDFS Consent Order for its true and correct contents.

587.    BNPP denies the allegations contained in Paragraph 587, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 587 characterizes the

2014 SOF, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

588.    Paragraph 588 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

589.    Paragraph 589 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

590.    Paragraph 590 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

591.    BNPP denies the allegations contained in Paragraph 591, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 591 quotes from and purports to characterize the 2014 OFAC Settlement, which document speaks for itself, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 OFAC Settlement and refers to the 2014 OFAC Settlement for its true and correct contents.

592.    BNPP denies the allegations contained in Paragraph 592.  To the extent that Paragraph 592 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 592 for their true and correct contents.

593.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 593.  To the extent that Paragraph 593 quotes from and

purports to characterize a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 593 for its true and correct contents.

594.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 594.  To the extent that Paragraph 594 quotes from and purports to characterize a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 594 for its true and correct contents.

595.    Paragraph 595 quotes from and purports to characterize a New York Times article, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the referenced New York Times article and refers to the article for its true and correct contents.

596.    BNPP denies the allegations contained in Paragraph 596, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 596 characterizes the 2014 SOF, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

597.    Paragraph 597 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

598.    BNPP denies the allegations contained in Paragraph 598, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 598 quotes from and purports to characterize the 2014 SOF, BNPP denies such characterizations that are inconsistent

with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

599.    Paragraph 599 quotes from and purports to characterize the 2014 NYDFS Consent Order, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 NYDFS Consent Order and refers to the 2014 NYDFS Consent Order for its true and correct contents.

600.    BNPP denies the allegations contained in Paragraph 600.

601.    BNPP denies the allegations contained in Paragraph 601, except as set forth in the 2014 NYDFS Consent Order, which document speaks for itself.  To the extent that Paragraph 601 quotes from and purports to characterize the 2014 NYDFS Consent Order, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 NYDFS Consent Order and refers to the 2014 NYDFS Consent Order for its true and correct contents.

602.    BNPP denies the allegations contained in Paragraph 602, except as set forth in the 2014 SOF and the 2014 NYDFS Consent Order, which documents speak for themselves.  To the extent that Paragraph 602 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations that are inconsistent with or go beyond the contents of these documents and refers to these documents for their true and correct contents.

603.    BNPP denies the allegations contained in Paragraph 603, except as set forth in the 2014 NYDFS Consent Order, which document speaks for itself.  To the extent that Paragraph 603 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations that are inconsistent with or go beyond the contents of these documents and refers to these documents for their true and correct contents.

604.    BNPP denies the allegations contained in Paragraph 604 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 604.  To the extent that Paragraph 604 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 604 for their true and correct contents.

605.    BNPP denies the allegations contained in Paragraph 605 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 605, except admits that Everett Schenk testified before the House Subcommittee on Oversight and Investigations on April 28, 2005 regarding BNPP's role in the United Nations Oil-For-Food Program.  To the extent that Paragraph 605 quotes from and purports to characterize written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 604 for their true and correct contents.

606.    BNPP denies the allegations contained in Paragraph 606 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 606.  To the extent that Paragraph 606 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 606 for its true and correct contents.

607.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 607.  To the extent that Paragraph 607 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 607 for its true and correct contents.

608.    BNPP denies the allegations contained in Paragraph 608.

609.    Paragraph 609 quotes from and purports to characterize the 2014 NYDFS Consent Order and the 2014 SOF, which documents speak for themselves.    BNPP denies such characterizations that are inconsistent with or go beyond the contents of these documents and refers to these documents for their true and correct contents.

610.    BNPP denies the allegations contained in Paragraph 610, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 610 quotes from and purports to characterize the 2014 OFAC Settlement, which document speaks for itself, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 OFAC Settlement and refers to the 2014 OFAC Settlement for its true and correct contents.

611.    BNPP denies the allegations contained in Paragraph 611, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 611 quotes from and purports to characterize the 2014 OFAC Settlement, which document speaks for itself, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 OFAC Settlement and refers to the 2014 OFAC Settlement for its true and correct contents.

612.    BNPP denies the allegations contained in Paragraph 612, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 612 quotes from and purports to characterize the 2014 OFAC Settlement, which document speaks for itself, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 OFAC Settlement and refers to the 2014 OFAC Settlement for its true and correct contents.

613.    BNPP denies the allegations contained in Paragraph 613, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 613 quotes from and purports to characterize the 2014 OFAC Settlement, which document speaks for itself, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 OFAC Settlement and refers to the 2014 OFAC Settlement for its true and correct contents.

614.    BNPP denies the allegations contained in Paragraph 614.

615.    BNPP denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 615.

616.    BNPP denies the allegations contained in Paragraph 616 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 616.

617.    BNPP denies the allegations contained in Paragraph 617, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 617 quotes from and purports to characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations that are inconsistent with or go beyond the contents of these documents and refers to these documents for their true and correct contents.

618.    Paragraph 618 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

619.    BNPP denies the allegations contained in Paragraph 619, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 619 characterizes the 2014 SOF, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

620.    Paragraph 620 quotes from and purports to characterize the 2014 NYDFS Consent Order, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 NYDFS Consent Order and refers to the 2014 NYDFS Consent Order for its true and correct contents.

621.    BNPP denies the allegations contained in Paragraph 621, except as set forth in the 2014 SOF and the 2014 NYDFS Consent Order, which documents speak for themselves.  To the extent that Paragraph 621 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations that are inconsistent with or go beyond the contents of these documents and refers to these documents for their true and correct contents.

622.    Paragraph 622 quotes from and purports to characterize 2014 NYDFS Consent Order and the 2014 SOF, which documents speak for themselves.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of these documents and refers to these documents for their true and correct contents.

623.    BNPP denies the allegations contained in Paragraph 623, except as set forth in the 2014 SOF and the 2014 NYDFS Consent Order, which documents speak for themselves.  To the extent that Paragraph 623 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations that are inconsistent with or go beyond the contents of these documents and refers to these documents for their true and correct contents.

624.    BNPP denies the allegations contained in Paragraph 624, except as set forth in the 2014 Settlement Documents, which documents speak for themselves.  To the extent that Paragraph 624 characterizes the 2014 Settlement Documents, BNPP denies such characterizations that are

inconsistent with or go beyond the contents of the 2014 Settlement Documents and refers to the 2014 Settlement Documents for their true and correct contents.

625.    Paragraph 625 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

626.    Paragraph 626 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

627.    BNPP denies the allegations contained in Paragraph 627.

628.    BNPP denies the allegations contained in Paragraph 628.

629.    BNPP denies the allegations contained in Paragraph 629, except as set forth in the 2014 NYDFS Consent Order, which document speaks for itself.  To the extent that Paragraph 629 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations that are inconsistent with or go beyond the contents of these documents and refers to these documents for their true and correct contents.

630.    BNPP denies the allegations contained in Paragraph 630, except as set forth in the 2014 Settlement Documents, which documents speak for themselves.  To the extent that Paragraph 630 characterizes the 2014 Settlement Documents, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 Settlement Documents and refers to the 2014 Settlement Documents for their true and correct contents.

631.    BNPP denies the allegations contained in Paragraph 631, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 631 quotes from and purports to characterize the 2014 OFAC Settlement, which document speaks for itself, BNPP

denies such characterizations that are inconsistent with or go beyond the contents of the 2014 OFAC Settlement and refers to the 2014 OFAC Settlement for its true and correct contents.

632.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 632.

633.    Paragraph 633 states legal conclusions to which no response is required.  To the extent a response is required, BNPP denies the allegations contained in Paragraph 633.

634.    Paragraph 634 characterizes the 2014 Settlement Documents, which documents speak for themselves.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 Settlement Documents and refers to the 2014 Settlement Documents for their true and correct contents.

635.    Paragraph 635 cites and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

636.    Paragraph 636 quotes from and purports to characterize the 2014 NYDFS Consent Order, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 NYDFS Consent Order and refers to the 2014 NYDFS Consent Order for its true and correct contents.

637.    BNPP denies the allegations contained in Paragraph 637, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 637 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations that are inconsistent with or go beyond the contents of these documents and refers to these documents for their true and correct contents.

638.    Paragraph 638 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

639.    Paragraph 639 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

640.    Paragraph 640 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

641.    Paragraph 641 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

642.    Paragraph 642 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

643.    Paragraph 643 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

644.    Paragraph 644 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

645.    Paragraph 645 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

646.    Paragraph 646 characterizes the 2014 SOF, which document speaks for itself. BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

647.    Paragraph 647 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

648.    Paragraph 648 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

649.    Paragraph 649 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

650.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 650, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 650 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 650 for their true and correct contents.

651.    Paragraph 651 characterizes the 2014 SOF, which document speaks for itself. BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

652.    Paragraph 652 quotes from and purports to characterize the 2014 SOF, which document speaks for itself.  BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

653.    BNPP denies the allegations contained in Paragraph 653 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 653, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 653 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations that are inconsistent with or go beyond the contents of these documents and refers to these documents for their true and correct contents.

654.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 654.  To the extent that Paragraph 654 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 654 for their true and correct contents.  BNPP avers that the United States imposed certain sanctions on Sudan in 1997 and 2006.

655.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 655, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 655 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such

characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 655 for their true and correct contents.

656.    BNPP denies the allegations contained in Paragraph 656 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 656.  To the extent that Paragraph 656 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 656 for their true and correct contents.

657.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 657.  To the extent that Paragraph 657 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 657 for its true and correct contents.

658.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 658.

659.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 659.  To the extent that Paragraph 659 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 659 for its true and correct contents.

660.    BNPP denies the allegations contained in Paragraph 660 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 660.  To the extent that Paragraph 660 purports to quote from

and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 660 for their true and correct contents.

661.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 661.

662.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 662.  To the extent that Paragraph 662 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 662 for their true and correct contents.

663.    BNPP denies the allegations contained in Paragraph 663 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 663.  To the extent that Paragraph 663 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 663 for its true and correct contents.

664.    BNPP denies the allegations contained in Paragraph 664, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 664 quotes from and purports to characterize the 2014 SOF, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

665.    Paragraph 665 states legal conclusions to which no response is required.  To the extent a response is required, BNPP denies the allegations contained in Paragraph 665.

666.    BNPP denies the allegations contained in Paragraph 666, except as set forth in the 2014 Settlement Documents, which documents speak for themselves.  To the extent that Paragraph 666 characterizes the 2014 Settlement Documents, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 Settlement Documents and refers to the 2014 Settlement Documents for their true and correct contents.

667.    BNPP denies the allegations contained in Paragraph 667, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 667 characterizes the 2014 SOF, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

668.    BNPP denies the allegations contained in Paragraph 668, except as set forth in the 2014 Settlement Documents, which documents speak for themselves.  To the extent that Paragraph 668 characterizes the 2014 Settlement Documents, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 Settlement Documents and refers to the 2014 Settlement Documents for their true and correct contents.

669.    BNPP denies the allegations contained in Paragraph 669.

670.    BNPP denies the allegations contained in Paragraph 670.

671.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 671.  To the extent that Paragraph 671 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 671 for its true and correct contents.

672.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 672.  To the extent that Paragraph 672 purports to quote

from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 672 for its true and correct contents.

673. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 673.

674. BNPP denies the allegations contained in Paragraph 674.

675. BNPP denies the allegations contained in Paragraph 675 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 675. To the extent that Paragraph 675 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 675 for its true and correct contents.

676. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 676. To the extent that Paragraph 676 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 676 for its true and correct contents.

677. BNPP denies the allegations contained in Paragraph 677 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 677.

678. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 678. To the extent that Paragraph 678 purports to quote from and characterize the contents of written documents, which documents speak for themselves,

BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 678 for their true and correct contents.

679.    BNPP denies the allegations contained in Paragraph 679 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 679.  To the extent that Paragraph 679 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 679 for their true and correct contents.  BNPP avers that the United States identified the Islamic Republic of Iran as a jurisdiction of primary money laundering concern on November 25, 2011.

680.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 680.  To the extent that Paragraph 680 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 680 for their true and correct contents.  BNPP avers that the United States identified the Islamic Republic of Iran as a jurisdiction of primary money laundering concern on November 25, 2011.

681.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 681.  To the extent that Paragraph 681 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 681 for their true and correct contents.

682.    BNPP denies the allegations contained in Paragraph 682 as they pertain to BNPP. To the extent that Paragraph 682 purports to characterize the U.N. and E.U. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 682 for their true and correct contents.

683.    BNPP denies the allegations contained in Paragraph 683.

684.    BNPP denies the allegations contained in Paragraph 684.

685.    BNPP denies the allegations contained in Paragraph 685.

686.    BNPP denies the allegations contained in Paragraph 686.

687.    BNPP denies the allegations contained in Paragraph 687.

688.    BNPP denies the allegations contained in Paragraph 688.

689.    BNPP denies the allegations contained in Paragraph 689.

690.    BNPP denies the allegations contained in Paragraph 690 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 690.

691.    BNPP denies the allegations contained in Paragraph 691 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 691.

692.    BNPP denies the allegations contained in Paragraph 692 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 692.  To the extent that Paragraph 692 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 692 for its true and correct contents.

693.    BNPP denies the allegations contained in Paragraph 693 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 693.  To the extent that Paragraph 693 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 693 for its true and correct contents.

694.    BNPP denies the allegations contained in Paragraph 694 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 694.  To the extent that Paragraph 694 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 694 for its true and correct contents.

695.    BNPP denies the allegations contained in Paragraph 695 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 695.  To the extent that Paragraph 695 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 695 for their true and correct contents.

696.    BNPP denies the allegations contained in Paragraph 696 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 696.  To the extent that Paragraph 696 purports to quote from

and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 696 for its true and correct contents.

697.    BNPP denies the allegations contained in Paragraph 697 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 697.

698.    BNPP denies the allegations contained in Paragraph 698.

699.    BNPP denies the allegations contained in Paragraph 699 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 699.  To the extent that Paragraph 699 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 699 for its true and correct contents.

700.    BNPP denies the allegations contained in Paragraph 700 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 700.

701.    BNPP denies the allegations contained in Paragraph 701 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 701.  To the extent that Paragraph 701 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 701 for their true and correct contents.

702.    BNPP denies the allegations contained in Paragraph 702 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 702.  To the extent that Paragraph 702 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 702 for their true and correct contents.  BNPP avers that the United States designated the IRGC-Qods Force pursuant to Executive Order 13224, and designated the IRGC pursuant to Executive Order 13382 on October 25, 2007.

703.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 703.

704.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 704.  To the extent that Paragraph 704 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 704 for its true and correct contents.

705.    BNPP denies the allegations contained in Paragraph 705 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 705, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 705 quotes from and purports to characterize the 2014 SOF, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to this document for its true and correct contents.

706.    BNPP denies the allegations contained in Paragraph 706 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the

allegations contained in Paragraph 706.  To the extent that Paragraph 706 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 706 for their true and correct contents.  BNPP avers that the United States designated Rostam Qasemi and certain companies pursuant to Executive Order 13382 on February 10, 2010.

707.    BNPP denies the allegations contained in Paragraph 707 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 707.  To the extent that Paragraph 707 purports to quote from and characterize the U.N. sanctions against Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 707 for their true and correct contents.  BNPP avers that the United Nations adopted Resolution 1929 on June 9, 2010.

708.    BNPP denies the allegations contained in Paragraph 708 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 708.  To the extent that Paragraph 708 purports to characterize U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 708 for their true and correct contents.  BNPP avers that the United States designated certain entities in amending Appendix A of the Iranian Transactions Regulations on June 16, 2010.

709.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 709.  To the extent that Paragraph 709 purports to quote

from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 709 for its true and correct contents.

710.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 710.  To the extent that Paragraph 710 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 710 for its true and correct contents.

711.    BNPP denies the allegations contained in Paragraph 711 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 711.  To the extent that Paragraph 711 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 711 for its true and correct contents.

712.    BNPP denies the allegations contained in Paragraph 712 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 712.  To the extent that Paragraph 712 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 712 for its true and correct contents.  BNPP avers that FinCEN published an advisory entitled "Update on the Continuing Illicit Finance Threat Emanating from Iran" on June 22, 2010.

713.    BNPP denies the allegations contained in Paragraph 713 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 713.  To the extent that Paragraph 713 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 713 for their true and correct contents.  BNPP avers that the President of the United States signed the Comprehensive Iran Sanctions, Accountability, and Divestment Act on July 1, 2010.

714.    BNPP denies the allegations contained in Paragraph 714 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 714.  To the extent that Paragraph 714 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 714 for its true and correct contents.

715.    BNPP denies the allegations contained in Paragraph 715 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 715.  To the extent that Paragraph 715 purports to characterize E.U. restrictions and Canadian sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 715 for their true and correct contents.  BNPP avers that the European Union imposed restrictive measures against Iran on July 26, 2010 and that Canada imposed sanctions against Iran in July 2010.

716.    BNPP denies the allegations contained in Paragraph 716 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 716.  To the extent that Paragraph 716 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 716 for their true and correct contents.  BNPP avers that the United States designated certain individuals and entities pursuant to Executive Order 13224 on August 3, 2010.

717.    BNPP denies the allegations contained in Paragraph 717 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 717.  To the extent that Paragraph 717 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 717 for their true and correct contents.  BNPP avers that the United States identified certain entities as being purportedly owned or controlled by the Government of Iran on August 3, 2010.

718.    BNPP denies the allegations contained in Paragraph 718 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 718.  To the extent that Paragraph 718 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 718 for its true and correct contents.

719.    BNPP denies the allegations contained in Paragraph 719 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 719.  To the extent that Paragraph 719 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 719 for its true and correct contents.

720.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 720.  To the extent that Paragraph 720 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 720 for its true and correct contents.

721.    BNPP denies the allegations contained in Paragraph 721 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 721.  To the extent that Paragraph 721 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 721 for their true and correct contents.  BNPP avers that the United States designated certain entities pursuant to Executive Order 13382 and Executive Order 13224 on December 21, 2010.

722.    BNPP denies the allegations contained in Paragraph 722 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 722.  To the extent that Paragraph 722 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 722 for its true and correct contents. BNPP avers that the United States designated certain shipping companies pursuant to Executive Order 13382 on June 20, 2011.

723.    BNPP denies the allegations contained in Paragraph 723 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 723. To the extent that Paragraph 723 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 723 for their true and correct contents. BNPP avers that the President of the United States signed Executive Order 13590 on November 19, 2011, and that the United States designated certain entities pursuant to Executive Order 13382 and identified Iran as a jurisdiction of "primary money laundering concern" under Section 311 of the USA Patriot Act on November 21, 2011.

724.    BNPP denies the allegations contained in Paragraph 724, except as set forth in the 2014 SOF, which document speaks for itself. To the extent that Paragraph 724 characterizes the 2014 SOF, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

725.    BNPP denies the allegations contained in Paragraph 725 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 725. To the extent that Paragraph 725 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP

denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 725 for their true and correct contents.

726.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 726.  To the extent that Paragraph 726 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 726 for their true and correct contents.

727.    BNPP denies the allegations contained in Paragraph 727 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 727.  To the extent that Paragraph 727 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 727 for its true and correct contents.

728.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 728.

729.    BNPP denies the allegations contained in Paragraph 729, except as set forth in the 2014 SOF, which document speaks for itself.  To the extent that Paragraph 729 characterizes the 2014 SOF, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 SOF and refers to the 2014 SOF for its true and correct contents.

730.    BNPP denies the allegations contained in Paragraph 730 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 730.  To the extent that Paragraph 730 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 730 for its true and correct contents.

731.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 731.  To the extent that Paragraph 731 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 731 for their true and correct contents.

732.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 732.  To the extent that Paragraph 732 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 732 for its true and correct contents.

733.    BNPP denies the allegations contained in Paragraph 733 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 733.  To the extent that Paragraph 733 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 733 for its true and correct contents.

734.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 734.  To the extent that Paragraph 734 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 734 for its true and correct contents.

735.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 735.  To the extent that Paragraph 735 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 735 for its true and correct contents.

736.    BNPP denies the allegations contained in Paragraph 736 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 736.  To the extent that Paragraph 736 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 736 for their true and correct contents.

737.    BNPP denies the allegations contained in Paragraph 737 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 737.  To the extent that Paragraph 737 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 737 for their true and correct contents.

738.    BNPP denies the allegations contained in Paragraph 738 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 738.  To the extent that Paragraph 738 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 738 for its true and correct contents.

739.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 739.  To the extent that Paragraph 739 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 739 for its true and correct contents.

740.    BNPP denies the allegations contained in Paragraph 740 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 740.  To the extent that Paragraph 740 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 740 for its true and correct contents.

741.    BNPP denies the allegations contained in Paragraph 741 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 741.  To the extent that Paragraph 741 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 741 for their true and correct contents.

742.    BNPP denies the allegations contained in Paragraph 742 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 742.  To the extent that Paragraph 742 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 742 for its true and correct contents.

743.     BNPP denies the allegations contained in Paragraph 743 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 743.  To the extent that Paragraph 743 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 743 for its true and correct contents.

744.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 744.

745.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 745.  To the extent that Paragraph 745 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 745 for its true and correct contents.

746.     BNPP denies the allegations contained in Paragraph 746 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 746.  To the extent that Paragraph 746 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 746 for its true and correct contents.

747.     BNPP denies the allegations contained in Paragraph 747 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 747.

748.     BNPP denies the allegations contained in Paragraph 748 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 748.  To the extent that Paragraph 748 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 748 for its true and correct contents.

749.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 749.  To the extent that Paragraph 749 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 749 for its true and correct contents.

750.     BNPP denies the allegations contained in Paragraph 750 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 750.

751.     BNPP denies the allegations contained in Paragraph 751.  To the extent that Paragraph 751 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 751 for its true and correct contents.

752.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 752.  To the extent that Paragraph 752 purports to quote from and characterize the contents of written documents, which documents speak for themselves,

BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 752 for their true and correct contents.

753.    BNPP denies the allegations contained in Paragraph 753.

754.    BNPP denies the allegations contained in Paragraph 754 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 754.  To the extent that Paragraph 754 contains non-factual descriptions of the Complaint's structure, no response is required.

755.    BNPP denies the allegations contained in Paragraph 755 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 755.

756.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 756.

757.    BNPP denies the allegations contained in Paragraph 757.

758.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 758.

759.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 759.

760.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 760.

761.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 761.

762.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 762.

763.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 763.  To the extent that Paragraph 763 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 763 for its true and correct contents.

764.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 764.

765.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 765.  To the extent that Paragraph 765 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 765 for its true and correct contents.

766.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 766.

767.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 767.  To the extent that Paragraph 767 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 767 for its true and correct contents.

768.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 768.  To the extent that Paragraph 768 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 768 for its true and correct contents.

769.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 769.  To the extent that Paragraph 769 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 769 for its true and correct contents.

770.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 770.  To the extent that Paragraph 770 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 770 for its true and correct contents.

771.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 771.

772.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 772.

773.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 773.

774.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 774.  To the extent that Paragraph 774 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 774 for its true and correct contents.

775.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 775.  To the extent that Paragraph 775 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 775 for their true and correct contents.

776.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 776.  To the extent that Paragraph 776 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 776 for its true and correct contents.

777.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 777.  To the extent that Paragraph 777 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 777 for their true and correct contents.

778.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 778.  To the extent that Paragraph 778 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 778 for their true and correct contents.

779.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 779.

780.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 780.

781.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 781.  To the extent that Paragraph 781 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 781 for its true and correct contents.

782.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 782.  To the extent that Paragraph 782 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 782 for its true and correct contents.

783.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 783.

784.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 784.

785.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 785.

786.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 786.

787.    BNPP denies the allegations contained in Paragraph 787 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 787.  To the extent that Paragraph 787 purports to characterize

the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 787 for their true and correct contents. BNPP avers that, on June 24, 2019, the United States designated the SLO pursuant to Executive Order 13876.

788.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 788. To the extent that Paragraph 788 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 788 for its true and correct contents.

789.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 789. To the extent that Paragraph 789 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 789 for its true and correct contents.

790.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 790. To the extent that Paragraph 790 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 790 for its true and correct contents.

791.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 791. To the extent that Paragraph 791 purports to quote from and characterize the contents of written documents, which documents speak for themselves,

BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 791 for their true and correct contents.

792. BNPP denies the allegations contained in Paragraph 792 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 792.

793. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 793. To the extent that Paragraph 793 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 793 for its true and correct contents.

794. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 794. To the extent that Paragraph 794 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 794 for its true and correct contents.

795. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 795. To the extent that Paragraph 795 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 795 for its true and correct contents.

796. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 796.

797.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 797.

798.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 798.

799.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 799.

800.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 800.  To the extent that Paragraph 800 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 800 for their true and correct contents.

801.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 801.

802.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 802.  To the extent that Paragraph 802 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 802 for its true and correct contents.

803.    BNPP denies the allegations contained in Paragraph 803 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 803.

804.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 804.  To the extent that Paragraph 804 purports to quote

from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 804 for its true and correct contents.

805.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 805.  To the extent that Paragraph 805 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 805 for its true and correct contents.

806.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 806.  To the extent that Paragraph 806 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 806 for its true and correct contents.

807.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 807.

808.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 808.

809.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 809.

810.    BNPP denies the allegations contained in Paragraph 810 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 810.

811.    BNPP denies the allegations contained in Paragraph 811 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 811.

812.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 812.

813.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 813.

814.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 814. To the extent that Paragraph 814 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 814 for its true and correct contents.

815.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 815. To the extent that Paragraph 815 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 815 for its true and correct contents.

816.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 816. To the extent that Paragraph 816 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 816 for their true and correct contents.

817.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 817.  To the extent that Paragraph 817 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 817 for its true and correct contents.

818.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 818.  To the extent that Paragraph 818 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 818 for its true and correct contents.

819.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 819.  To the extent that Paragraph 819 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 819 for its true and correct contents.

820.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 820.

821.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 821.  To the extent that Paragraph 821 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 821 for its true and correct contents.

822.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 822.  To the extent that Paragraph 822 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 822 for its true and correct contents.

823.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 823.

824.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 824.

825.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 825.

826.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 826.

827.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 827.

828.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 828.

829.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 829.  To the extent that Paragraph 829 purports to characterize the U.S. sanctions on Ali Mussa Daqduq, Muhammad Kawtharani, Yusuf Hashim, Khalil Harb, and Muhammad Yusuf Ahmad Mansur, Hassan Nasrallah, and Imad Mugniyeh, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 829 for

their true and correct contents. BNPP avers that, on November 19, 2012, the United States designated Ali Mussa Daqduq pursuant to Executive Order 13224; on August 22, 2013, the United States designated Muhammad Kawtharani pursuant to Executive Order 13224; on November 13, 2018, the United States designated Yusuf Hashim pursuant to Executive Order 13224; on August 22, 2013, the United States designated Khalil Harb pursuant to Executive Order 13224; on August 22, 2013, the United States designated Muhammad Yusuf Ahmad Mansur pursuant to Executive Order 13224; on January 23, 1995, the United States designated Hassan Nasrallah pursuant to Executive Order 12947; and on October 12, 2001, the United States designated Imad Mugniyeh pursuant to Executive Order 13224.

830.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 830.

831.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 831. To the extent that Paragraph 831 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 831 for its true and correct contents.

832.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 832.

833.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 833.

834.    BNPP denies the allegations contained in Paragraph 834 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 834. To the extent that Paragraph 834 purports to quote from

and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 834 for its true and correct contents.

835.    BNPP denies the allegations contained in Paragraph 835 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 835.

836.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 836.

837.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 837.  To the extent that Paragraph 837 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 837 for its true and correct contents.

838.    BNPP denies the allegations contained in Paragraph 838 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 838.  To the extent that Paragraph 838 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 838 for its true and correct contents.

839.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 839.  To the extent that Paragraph 839 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 839 for its true and correct contents.

840.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 840.  To the extent that Paragraph 840 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 840 for their true and correct contents.

841.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 841.  To the extent that Paragraph 841 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 841 for its true and correct contents.

842.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 842.  To the extent that Paragraph 842 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 842 for their true and correct contents.  BNPP avers that, on November 18, 2020, the United States designated the Islamic Revolution Mostazafan Foundation (Bonyad Mostazafan) pursuant to Executive Order 13876; on January 24, 2019, the United States designated Fatemiyoun Division pursuant to Executive Order 13224 and Executive Order 13553; and on October 25, 2007, the United States designated IRGC-QF pursuant to Executive Order 13224.

843.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 843.   To the extent that Paragraph 843 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 843 for its true and correct contents.

844.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 844.  To the extent that Paragraph 844 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 844 for their true and correct contents.

845.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 845.   To the extent that Paragraph 845 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 845 for its true and correct contents.

846.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 846.   To the extent that Paragraph 846 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 846 for its true and correct contents.

847.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 847.  To the extent that Paragraph 847 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 847 for its true and correct contents.

848.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 848.

849.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 849.   To the extent that Paragraph 849 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 849 for their true and correct contents.   BNPP avers that, on December 21, 2010, the United States designated Parviz Fattah pursuant to Executive Order 13382; on October 31, 2017, the United States designated Parviz Fattah pursuant to Executive Order 13224; and on November 18, 2020, the United States designated Parviz Fattah pursuant to Executive Order 13876.

850.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 850.

851.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 851.

852.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 852.

853.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 853.

854.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 854.   To the extent that Paragraph 854 purports to quote

from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 854 for their true and correct contents.

855.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 855.  To the extent that Paragraph 855 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 855 for its true and correct contents.

856.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 856.  To the extent that Paragraph 856 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 856 for its true and correct contents.

857.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 857.  To the extent that Paragraph 857 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 857 for its true and correct contents.

858.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 858.  To the extent that Paragraph 858 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 858 for their true and correct contents.

859.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 859.  To the extent that Paragraph 859 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 859 for their true and correct contents.

860.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 860.  To the extent that Paragraph 860 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 860 for its true and correct contents.

861.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 861.  To the extent that Paragraph 861 purports to characterize the U.S. and U.N. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 861 for their true and correct contents.  BNPP avers that, on October 11, 2011, the United States designated Qasem Soleimani pursuant to Executive Order 13224; and that on March 24, 2007, the United Nations Security Council identified Qasem Soleimani as an "Iranian Revolutionary Guard Corps key person[]" under Resolution 1747.

862.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 862.

863.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 863.

864.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 864.

865.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 865.

866.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 866.

867.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 867.

868.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 868.  To the extent that Paragraph 868 purports to characterize the U.S. sanctions on Esmail Qaani, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 868 for their true and correct contents.  BNPP avers that, on March 27, 2012, the United States designated Esmail Qaani pursuant to Executive Order 13224.

869.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 869.  To the extent that Paragraph 869 purports to characterize the U.S. sanctions on Rostam Qasemi, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 869 for their true and correct contents.  BNPP avers that, on September 4, 2019, the United States designated Rostam Qasemi pursuant to Executive Order 13224.

870.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 870.

871.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 871.

872.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 872.

873.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 873.

874.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 874.

875.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 875.  To the extent that Paragraph 875 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 875 for its true and correct contents.

876.    BNPP denies the allegations contained in Paragraph 876 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 876.  To the extent that Paragraph 876 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 876 for their true and correct contents.

877.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 877.  To the extent that Paragraph 877 purports to quote from and characterize the contents of written documents, which documents speak for themselves,

BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 877 for their true and correct contents.

878.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 878.  To the extent that Paragraph 878 purports to characterize the U.S. sanctions on Mohsen Reza'i, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents referenced in Paragraph 878 for their true and correct contents.  BNPP avers that, on January 10, 2020, the United States designated Mohsen Reza'i pursuant to Executive Order 13876.

879.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 879.

880.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 880.

881.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 881.

882.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 882.

883.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 883.

884.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 884.

885.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 885.

886.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 886.

887.    BNPP denies the allegations contained in Paragraph 887 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 887.

888.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 888.

889.    BNPP denies the allegations contained in Paragraph 889 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 889.

890.    BNPP denies the allegations contained in Paragraph 890 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 890.

891.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 891.

892.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 892.

893.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 893.

894.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 894.

895.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 895.  To the extent that Paragraph 895 purports to quote

from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 895 for its true and correct contents.

896.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 896.  To the extent that Paragraph 896 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 896 for its true and correct contents.

897.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 897.

898.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 898.

899.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 899.  To the extent that Paragraph 899 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 899 for its true and correct contents.

900.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 900.

901.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 901.

902.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 902.

903.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 903.

904.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 904.  To the extent that Paragraph 904 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 904 for its true and correct contents.

905.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 905.  To the extent that Paragraph 905 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 905 for its true and correct contents.

906.    BNPP denies the allegations contained in Paragraph 906 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 906.  To the extent that Paragraph 906 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 906 for their true and correct contents.

907.    BNPP denies the allegations contained in Paragraph 907 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 907.  To the extent that Paragraph 907 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP

denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 907 for their true and correct contents.

908.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 908.  To the extent that Paragraph 908 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 908 for its true and correct contents.

909.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 909.

910.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 910.

911.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 911.

912.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 912.  To the extent that Paragraph 912 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 912 for its true and correct contents.

913.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 913.  To the extent that Paragraph 913 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 913 for their true and correct contents.

914.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 914.  To the extent that Paragraph 914 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 914 for its true and correct contents.

915.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 915.  To the extent that Paragraph 915 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 915 for its true and correct contents.

916.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 916.

917.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 917.

918.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 918.

919.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 919.  To the extent that Paragraph 919 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 919 for their true and correct contents.

920.     BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 920.  To the extent that Paragraph 920 purports to quote

from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 920 for its true and correct contents.

921.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 921.

922.    BNPP denies the allegations contained in Paragraph 922.

923.    BNPP denies the allegations contained in Paragraph 923.

924.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 924.  To the extent that Paragraph 924 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 924 for its true and correct contents.

925.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 925.  To the extent that Paragraph 925 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 925 for its true and correct contents.

926.    BNPP denies the allegations contained in Paragraph 926 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 926.

927.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 927.

928.    BNPP denies the allegations contained in Paragraph 928 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 928.  To the extent that Paragraph 928 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 928 for their true and correct contents.

929.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 929.

930.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 930.  To the extent that Paragraph 930 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 930 for its true and correct contents.

931.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 931.

932.    BNPP denies the allegations contained in Paragraph 932 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 932.

933.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 933.

934.    BNPP denies the allegations contained in Paragraph 934 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 934.  To the extent that Paragraph 934 purports to quote from

and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 934 for its true and correct contents.

935.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 935.  To the extent that Paragraph 935 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 935 for its true and correct contents.

936.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 936.  To the extent that Paragraph 936 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 936 for its true and correct contents.

937.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 937.  To the extent that Paragraph 937 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 937 for its true and correct contents.

938.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 938.  To the extent that Paragraph 938 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 938 for its true and correct contents.

939.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 939.

940.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 940.

941.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 941.

942.    BNPP denies the allegations contained in Paragraph 942 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 942.

943.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 943.  To the extent that Paragraph 943 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 943 for its true and correct contents.

944.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 944.  To the extent that Paragraph 944 purports to characterize the U.S. sanctions on the Foundation for the Oppressed, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 944 for their true and correct contents. BNPP avers that the United States designated the Bonyad Mostazafan and its purported subsidiaries pursuant to Executive Order 13876 on November 18, 2020.

945.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 945.  To the extent that Paragraph 945 purports to quote

from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 945 for its true and correct contents.

946.    BNPP denies the allegations contained in Paragraph 946 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 946.  To the extent that Paragraph 946 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 946 for its true and correct contents.

947.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 947.  To the extent that Paragraph 947 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 947 for its true and correct contents.

948.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 948.  To the extent that Paragraph 948 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 948 for its true and correct contents.

949.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 949.  To the extent that Paragraph 949 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 949 for its true and correct contents.

950.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 950.  To the extent that Paragraph 950 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 950 for their true and correct contents.  BNPP avers that the United States designated Gholam-Ali Hadad-Adel pursuant to Executive Order 13876 on November 4, 2019.

951.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 951.  To the extent that Paragraph 951 purports to characterize the U.S. sanctions on the IRGC, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 951 for their true and correct contents.  BNPP avers that the United States announced additional Iran-related sanctions on November 18, 2020 pursuant to Executive Order 13876.

952.    BNPP denies the allegations contained in Paragraph 952 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 952.

953.    BNPP denies the allegations contained in Paragraph 953.

954.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 954.  To the extent that Paragraph 954 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 954 for its true and correct contents.

955.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 955.  To the extent that Paragraph 955 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 955 for its true and correct contents.

956.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 956.  To the extent that Paragraph 956 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 956 for its true and correct contents.

957.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 957.  To the extent that Paragraph 957 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 957 for its true and correct contents.

958.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 958.  To the extent that Paragraph 958 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 958 for its true and correct contents.

959.    BNPP denies the allegations contained in Paragraph 959 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 959.  To the extent that Paragraph 959 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 959 for its true and correct contents.

960.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 960.  To the extent that Paragraph 960 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 960 for its true and correct contents.

961.    BNPP denies the allegations contained in Paragraph 961 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 961.  To the extent that Paragraph 961 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 961 for its true and correct contents.

962.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 962.  To the extent that Paragraph 962 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 962 for their true and correct contents.

963.    BNPP denies the allegations contained in Paragraph 963 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 963.  To the extent that Paragraph 963 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 963 for their true and correct contents.

964.    BNPP denies the allegations contained in Paragraph 964 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 964.  To the extent that Paragraph 964 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 964 for their true and correct contents.

965.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 965.  To the extent that Paragraph 965 purports to characterize the U.S. sanctions on the Supreme Leader's Office, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 965 for their true and correct contents. BNPP avers that the United States imposed sanctions against the Supreme Leader's Office pursuant to Executive Order 13876 on June 24, 2019.

966.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 966.  To the extent that Paragraph 966 purports to characterize the U.S. sanctions on the Supreme Leader's Office, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced

documents and refers to the documents cited in Paragraph 966 for their true and correct contents. BNPP avers that the United States designated individuals for their purported affiliation with the Supreme Leader's Office pursuant to Executive Order 13876 on November 4, 2019.

967.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 967.

968.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 968.  To the extent that Paragraph 968 purports to characterize the U.S. sanctions on the Supreme Leader's Office, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 968 for their true and correct contents. BNPP avers that the United States designated certain individuals pursuant to Executive Order 13224 on November 3, 2022.

969.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 969.  To the extent that Paragraph 969 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 969 for its true and correct contents.

970.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 970.  To the extent that Paragraph 970 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 970 for its true and correct contents.

971.    BNPP denies the allegations contained in Paragraph 971 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 971.

972.    BNPP denies the allegations contained in Paragraph 972 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 972.

973.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 973.

974.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 974.

975.    BNPP denies the allegations contained in Paragraph 975 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 975.

976.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 976.

977.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 977.

978.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 978.

979.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 979.  To the extent that Paragraph 979 purports to characterize the U.S. sanctions on the IRGC, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the

documents cited in Paragraph 979 for their true and correct contents. BNPP avers that the United States designated certain entities and individuals pursuant to Executive Order 13382 and Executive Order 13581 on July 18, 2017.

980. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 980. To the extent that Paragraph 980 purports to characterize the U.S. sanctions on the IRGC, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 980 for their true and correct contents. BNPP avers that the United States enacted the Countering America's Adversaries Through Sanctions Act on August 2, 2017.

981. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 981. To the extent that Paragraph 981 purports to characterize the U.S. sanctions on the IRGC, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 981 for their true and correct contents. BNPP avers that, on October 13, 2017 the United States designated the IRGC pursuant to Executive Order 13224.

982. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 982. To the extent that Paragraph 982 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 982 for its true and correct contents.

983. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 983. To the extent that Paragraph 983 purports to characterize the U.S. sanctions on the IRGC, which documents speak for themselves, BNPP denies

such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 983 for their true and correct contents.  BNPP avers that the President of the United States signed a memorandum called "Ceasing U.S. Participation in the JCPOA and taking Additional Action to Counter Iran's Malign Influence and Deny Iran All Paths to a Nuclear Weapon" on May 8, 2018.

984.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 984.  To the extent that Paragraph 984 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 984 for its true and correct contents.

985.    BNPP denies the allegations contained in Paragraph 985 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 985.  To the extent that Paragraph 985 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 985 for their true and correct contents.  BNPP avers that FinCEN published an advisory called "Advisory on the Iranian Regime's Illicit and Malign Activities and Attempts to Exploit the Financial System" on October 11, 2018.

986.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 986.  To the extent that Paragraph 986 purports to characterize the U.S. sanctions on the IRGC, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 986 for their true and correct contents.  BNPP avers that the United

States announced its intention to designate the IRGC as an FTO on April 8, 2019 and made that designation on April 15, 2019.

987.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 987.    To the extent that Paragraph 987 purports to characterize the U.S. sanctions on the IRGC, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 987 for their true and correct contents.    BNPP avers that the United States designated the IRGC as an FTO on April 15, 2019.

988.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 988.    To the extent that Paragraph 988 purports to characterize the U.S. sanctions on the IRGC, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 988 for their true and correct contents.    BNPP avers that the President of the United States signed Executive Order 13902 on January 10, 2020.

989.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 989.    To the extent that Paragraph 989 purports to characterize the U.S. sanctions on the IRGC, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 989 for their true and correct contents.    BNPP avers that the United States designated certain Iranian and Iraqi entities pursuant to Executive Order 13224 on March 26, 2020.

990.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 990.    To the extent that Paragraph 990 purports to

characterize the U.S. sanctions on the IRGC, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 990 for their true and correct contents.  BNPP avers that the United States designated certain individuals pursuant to Executive Order 13224 on May 1, 2020.

991.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 991.  To the extent that Paragraph 991 purports to characterize the U.S. sanctions on the IRGC, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 991 for their true and correct contents.  BNPP avers that the United States designated members and affiliates of the IRGC pursuant to Executive Order 13224 on June 1, 2023.

992.    BNPP denies the allegations contained in Paragraph 992 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 992.  To the extent that Paragraph 992 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 992 for its true and correct contents.

993.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 993.

994.    BNPP denies the allegations contained in Paragraph 994 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 994.

995.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 995.

996.    BNPP denies the allegations contained in Paragraph 996.

997.    BNPP denies the allegations contained in Paragraph 997 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 997.  To the extent that Paragraph 997 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 997 for their true and correct contents.

998.    BNPP denies the allegations contained in Paragraph 998 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 998.  To the extent that Paragraph 998 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 998 for its true and correct contents.

999.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 999.  To the extent that Paragraph 999 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 999 for their true and correct contents.

1000.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1000.

1001.   BNPP denies the allegations contained in Paragraph 1001.

1002.   BNPP denies the allegations contained in Paragraph 1002 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1002.

1003.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1003.

1004.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1004.

1005.   BNPP denies the allegations contained in Paragraph 1005.

1006.   BNPP denies the allegations contained in Paragraph 1006 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1006.  To the extent that Paragraph 1006 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1006 for its true and correct contents.

1007.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1007.  To the extent that Paragraph 1007 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1007 for its true and correct contents.

1008.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1008.  To the extent that Paragraph 1008 purports to quote from and characterize the contents of written documents, which documents speak for themselves,

BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1008 for their true and correct contents.

1009.   BNPP denies the allegations contained in Paragraph 1009.

1010.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1010.

1011.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1011.

1012.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1012.

1013.   BNPP denies the allegations contained in Paragraph 1013 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1013.

1014.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1014.

1015.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1015.  To the extent that Paragraph 1015 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1015 for their true and correct contents.

1016.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1016.  To the extent that Paragraph 1016 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1016 for its true and correct contents.

1017.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1017.  To the extent that Paragraph 1017 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1017 for their true and correct contents.

1018.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1018.  To the extent that Paragraph 1018 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1018 for its true and correct contents.

1019.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1019.  To the extent that Paragraph 1019 purports to characterize the U.S. sanctions on the IRGC, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1019 for its true and correct contents.  BNPP avers that the United States announced additional Iran-related sanctions on May 1, 2020 pursuant to Executive Order 13224.

1020.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1020.  To the extent that Paragraph 1020 purports to quote from and characterize the contents of written documents, which documents speak for themselves,

BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1020 for their true and correct contents.

1021.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1021.   To the extent that Paragraph 1021 purports to characterize the U.S. sanctions on the IRGC, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1021 for their true and correct contents.  BNPP avers that the United States announced additional Iran-related sanctions on October 9, 2020 pursuant to Executive Order 13224.

1022.   Paragraph 1022 states legal conclusions to which no response is required.   To the extent a response is required, BNPP denies the allegations contained in Paragraph 1022.

1023.   BNPP denies the allegations contained in Paragraph 1023 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1023.  To the extent that Paragraph 1023 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1023 for its true and correct contents.

1024.   BNPP denies the allegations contained in Paragraph 1024 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1024.  To the extent that Paragraph 1024 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1024 for its true and correct contents.

1025.   BNPP denies the allegations contained in Paragraph 1025.

1026.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1026.  To the extent that Paragraph 1026 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1026 for its true and correct contents.

1027.   BNPP denies the allegations contained in Paragraph 1027 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1027.

1028.   BNPP denies the allegations contained in Paragraph 1028 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1028.

1029.   BNPP denies the allegations contained in Paragraph 1029 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1029.

1030.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1030.

1031.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1031.

1032.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1032.

1033.   BNPP denies the allegations contained in Paragraph 1033 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1033.

1034.   BNPP denies the allegations contained in Paragraph 1034 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1034.  To the extent that Paragraph 1034 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1034 for their true and correct contents.

1035.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1035.  To the extent that Paragraph 1035 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1035 for its true and correct contents.

1036.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1036.  To the extent that Paragraph 1036 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1036 for its true and correct contents.

1037.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1037.  To the extent that Paragraph 1037 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1037 for its true and correct contents.

1038.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1038.  To the extent that Paragraph 1038 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1038 for its true and correct contents.

1039.   BNPP denies the allegations contained in Paragraph 1039 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1039.  To the extent that Paragraph 1039 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1039 for its true and correct contents.

1040.   BNPP denies the allegations contained in Paragraph 1040 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1040.  To the extent that Paragraph 1040 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1040 for its true and correct contents.

1041.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1041.  To the extent that Paragraph 1041 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1041 for its true and correct contents.

1042.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1042.  To the extent that Paragraph 1042 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1042 for their true and correct contents.

1043.   BNPP denies the allegations contained in Paragraph 1043.

1044.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1044.

1045.   BNPP denies the allegations contained in Paragraph 1045.

1046.   BNPP denies the allegations contained in Paragraph 1046.

1047.   BNPP denies the allegations contained in Paragraph 1047.

1048.   BNPP denies the allegations contained in Paragraph 1048.

1049.   BNPP denies the allegations contained in Paragraph 1049 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1049.  To the extent that Paragraph 1049 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1049 for its true and correct contents.

1050.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1050.  To the extent that Paragraph 1050 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1050 for its true and correct contents.

1051.   BNPP denies the allegations contained in Paragraph 1051.

1052.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1052.  To the extent that Paragraph 1052 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1052 for its true and correct contents.

1053.   BNPP denies the allegations contained in Paragraph 1053 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1053.  To the extent that Paragraph 1053 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1053 for its true and correct contents.

1054.   BNPP denies the allegations contained in Paragraph 1054.

1055.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1055.

1056.   BNPP denies the allegations contained in Paragraph 1056 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1056.

1057.   BNPP denies the allegations contained in Paragraph 1057 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1057.  To the extent that Paragraph 1057 purports to quote from

and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1057 for their true and correct contents.

1058.   BNPP denies the allegations contained in Paragraph 1058 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1058.  To the extent that Paragraph 1058 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1058 for their true and correct contents.

1059.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1059.  To the extent that Paragraph 1059 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1059 for its true and correct contents.

1060.   BNPP denies the allegations contained in Paragraph 1060 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1060.  To the extent that Paragraph 1060 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1060 for its true and correct contents.

1061.   BNPP denies the allegations contained in Paragraph 1061 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1061.

1062.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1062.  To the extent that Paragraph 1062 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1062 for their true and correct contents.

1063.   BNPP denies the allegations contained in Paragraph 1063 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1063.

1064.   BNPP denies the allegations contained in Paragraph 1064 as they pertain to BNPP, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1064.

1065.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1065.  To the extent that Paragraph 1065 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1065 for its true and correct contents.

1066.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1066.  To the extent that Paragraph 1066 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1066 for its true and correct contents.

1067.   BNPP denies the allegations contained in Paragraph 1067 as they pertain to BNPP, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the

allegations contained in Paragraph 1067.  To the extent that Paragraph 1067 purports to quote and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1067 for their true and correct contents.

1068.   BNPP denies the allegations contained in Paragraph 1068.

1069.   BNPP denies the allegations contained in Paragraph 1069.

1070.   BNPP denies the allegations contained in Paragraph 1070.

1071.   BNPP denies the allegations contained in Paragraph 1071 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1071.

1072.   BNPP denies the allegations contained in Paragraph 1072 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1072.

1073.   BNPP denies the allegations contained in Paragraph 1073 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1073.

1074.   BNPP denies the allegations contained in Paragraph 1074.

1075.   BNPP denies the allegations contained in Paragraph 1075.  To the extent that Paragraph 1075 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1075 for its true and correct contents.

1076.   BNPP denies the allegations contained in Paragraph 1076.

1077.   BNPP denies the allegations contained in Paragraph 1077 as they pertain to BNPP, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1077.  To the extent that Paragraph 1077 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1077 for their true and correct contents.

1078.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1078.  To the extent that Paragraph 1078 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1078 for their true and correct contents..

1079.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1079.  To the extent that Paragraph 1079 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1079 for their true and correct contents.

1080.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1080.  To the extent that Paragraph 1080 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1080 for its true and correct contents.

1081.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1081.  To the extent that Paragraph 1081 purports to

quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1081 for its true and correct contents.

1082.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1082.  To the extent that Paragraph 1082 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1082 for its true and correct contents.

1083.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1083.  To the extent that Paragraph 1083 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1083 for its true and correct contents.

1084.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1084.  To the extent that Paragraph 1084 purports to quote and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1084 for their true and correct contents.

1085.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1085.  To the extent that Paragraph 1085 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1085 for their true and correct contents.

1086.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1086.

1087.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1087.

1088.   BNPP denies the allegations contained in Paragraph 1088 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1088.  To the extent that Paragraph 1088 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1088 for their true and correct contents.

1089.   BNPP denies the allegations contained in Paragraph 1089 as they pertain to BNPP, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1089.  To the extent that Paragraph 1089 purports to quote and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1089 for their true and correct contents.

1090.   BNPP denies the allegations contained in Paragraph 1090 as they pertain to BNPP, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1090.  To the extent that Paragraph 1090 purports to quote and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1090 for their true and correct contents.

1091.  BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1091.  To the extent that Paragraph 1091 purports to characterize the U.S. sanctions on Abu Mahdi al-Muhandis, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1091 for their true and correct contents. BNPP avers that the United States designated Abu Mahdi al-Muhandis pursuant to Executive Order 13438 on July 2, 2009.

1092.  BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1092.  To the extent that Paragraph 1092 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1092 for their true and correct contents.

1093.  BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1093.  To the extent that Paragraph 1093 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1093 for its true and correct contents.

1094.  BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1094.  To the extent that Paragraph 1094 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1094 for its true and correct contents.

1095.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1095.  To the extent that Paragraph 1095 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1095 for its true and correct contents.

1096.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1096.

1097.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1097.  To the extent that Paragraph 1097 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1097 for its true and correct contents.

1098.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1098.  To the extent that Paragraph 1098 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1098 for its true and correct contents.

1099.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1099.  To the extent that Paragraph 1099 purports to characterize U.S. sanctions on Hezbollah, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1099 for its true and correct contents.  BNPP avers that, in 1995, the United States designated Muhammad Hussein Fadlallah as a Specially Designated Terrorist.

1100.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1100.  To the extent that Paragraph 1100 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1100 for its true and correct contents.

1101.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1101.  To the extent that Paragraph 1101 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1101 for their true and correct contents.

1102.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1102.  To the extent that Paragraph 1102 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1102 for their true and correct contents.

1103.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1103.  To the extent that Paragraph 1103 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1103 for its true and correct contents.

1104.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1104.  To the extent that Paragraph 1104 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1104 for its true and correct contents.

1105.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1105.

1106.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1106.  To the extent that Paragraph 1106 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1106 for its true and correct contents.

1107.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1107.  To the extent that Paragraph 1107 purports to quote and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1107 for their true and correct contents.

1108.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1108.  To the extent that Paragraph 1108 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1108 for its true and correct contents.

1109.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1109.  To the extent that Paragraph 1109 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1109 for its true and correct contents.

1110.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1110.  To the extent that Paragraph 1110 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1110 for its true and correct contents.

1111.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1111.

1112.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1112.  To the extent that Paragraph 1112 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1112 for its true and correct contents.

1113.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1113.

1114.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1114.  To the extent that Paragraph 1144 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1114 for their true and correct contents.

1115.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1115.  To the extent that Paragraph 1115 purports to

quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1115 for its true and correct contents.

1116.    BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1116.  To the extent that Paragraph 1116 purports to quote and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1116 for their true and correct contents.

1117.    BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1117.

1118.    BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1118.

1119.    BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1119.  To the extent that Paragraph 1119 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1119 for its true and correct contents.

1120.    BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1120.

1121.    BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1121.  To the extent that Paragraph 1121 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1121 for its true and correct contents.

1122.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1122.  To the extent that Paragraph 1122 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1122 for its true and correct contents.

1123.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1123.  To the extent that Paragraph 1123 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1123 for its true and correct contents.

1124.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1124.  To the extent that Paragraph 1124 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1124 for their true and correct contents.

1125.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1125.

1126.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1126.

1127.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1127.

1128.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1128.

1129.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1129.

1130.   Paragraph 1130 states legal conclusions to which no response is required.  To the extent a response is required, BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1130.

1131.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1131.

1132.   BNPP denies the allegations contained in Paragraph 1132.

1133.   BNPP denies the allegations contained in Paragraph 1133.

1134.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1134.

1135.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1135.

1136.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1136.

1137.   BNPP denies the allegations contained in Paragraph 1137 as they pertain to BNPP, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1137.

1138.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1138.

1139.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1139.

1140.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1140.  To the extent that Paragraph 1140 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1140 for their true and correct contents.

1141.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1141.  To the extent that Paragraph 1141 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1141 for their true and correct contents.

1142.   BNPP denies the allegations contained in Paragraph 1142.

1143.   BNPP denies the allegations contained in Paragraph 1143 as they pertain to BNPP, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1143.

1144.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1144.  To the extent that Paragraph 1144 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1144 for its true and correct contents.

1145.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1145.  To the extent that Paragraph 1145 purports to

characterize U.S. sanctions on Hezbollah, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1145 for their true and correct contents.  BNPP avers that the United States designated certain individuals for their purported affiliation with Hezbollah pursuant to Executive Order 13224 on May 27, 2009.

1146.   BNPP denies the allegations contained in Paragraph 1146 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1146.  To the extent that Paragraph 1146 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1146 for their true and correct contents.

1147.   BNPP denies the allegations contained in Paragraph 1147 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1147.  To the extent that Paragraph 1147 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1147 for its true and correct contents.

1148.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1148.  To the extent that Paragraph 1148 purports to quote and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1148 for its true and correct contents.

1149.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1149.  To the extent that Paragraph 1149 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1149 for their true and correct contents.

1150.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1150.

1151.   BNPP denies the allegations contained in Paragraph 1151, except as set forth in the 2014 Settlement Documents, which documents speak for themselves.  To the extent that Paragraph 1151 characterizes the 2014 Settlement Documents, BNPP denies such characterizations that are inconsistent with or go beyond the contents of the 2014 Settlement Documents and refers to the 2014 Settlement Documents for their true and correct contents.

1152.   BNPP denies the allegations contained in Paragraph 1152, except as set forth in the 2014 Settlement Documents, which documents speak for themselves.  To the extent that Paragraph 1152 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1152 for its true and correct contents.

1153.   BNPP denies the allegations contained in Paragraph 1153 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1153.  To the extent that Paragraph 1153 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1153 for its true and correct contents.

1154.    BNPP denies the allegations contained in Paragraph 1154 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1154.

1155.    BNPP denies the allegations contained in Paragraph 1155 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1155.  To the extent that Paragraph 1155 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the document and refers to the document cited in Paragraph 1155 for its true and correct contents.

1156.    BNPP denies the allegations contained in Paragraph 1156 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1156.

1157.    BNPP denies the allegations contained in Paragraph 1157.

1158.    BNPP denies the allegations contained in Paragraph 1158 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1158.

1159.    BNPP denies the allegations contained in Paragraph 1159 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1159.

1160.   BNPP denies the allegations contained in Paragraph 1160 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1160.

1161.   BNPP denies the allegations contained in Paragraph 1161 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1161.  To the extent that Paragraph 1161 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1161 for its true and correct contents.

1162.   BNPP denies the allegations contained in Paragraph 1162 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1162.

1163.   BNPP denies the allegations contained in Paragraph 1163 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1163.  To the extent that Paragraph 1163 purports to characterize U.S. sanctions on Hezbollah, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1163 for their true and correct contents.  BNPP avers that the United States designated Muhammad Kawtharani on August 22, 2013 and designated Adnan Kawtharani on November 13, 2018 pursuant to Executive Order 13224.

1164.   BNPP denies the allegations contained in Paragraph 1164 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1164.  To the extent that Paragraph 1164 purports to

characterize U.S. sanctions on Hezbollah, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1164 for their true and correct contents. BNPP avers that the United States designated Ali Mussa Daqduq al-Musawi pursuant to Executive Order 13224 on November 19, 2012.

1165.   BNPP denies the allegations contained in Paragraph 1165 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1165.   To the extent that Paragraph 1165 purports to characterize the U.S. sanctions on Hezbollah, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1165 for their true and correct contents. BNPP avers that the United States designated Yusuf Hashim pursuant to Executive Order 13224 on November 13, 2018.

1166.   BNPP denies the allegations contained in Paragraph 1166 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1166. To the extent that Paragraph 1166 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1166 for their true and correct contents.

1167.   BNPP denies the allegations contained in Paragraph 1167 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1167. To the extent that Paragraph 1167 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP

denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1167 for their true and correct contents.

1168.   BNPP denies the allegations contained in Paragraph 1168 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1168.   To the extent that Paragraph 1168 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1168 for their true and correct contents.  BNPP avers that the United States designated Rostam Qasemi pursuant to Executive Order 13224 on September 4, 2019.

1169.   BNPP denies the allegations contained in Paragraph 1169 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1169.   To the extent that Paragraph 1169 purports to characterize the U.S. sanctions on Hezbollah, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1169 for their true and correct contents.  BNPP avers that the United States designated Mojtaba Khamenei and Gholam-Ali Hadad-Adel pursuant to Executive Order 13876 on November 4, 2019.

1170.   BNPP denies the allegations contained in Paragraph 1170 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1170.  To the extent that Paragraph 1170 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1170 for their true and correct contents.

1171.   BNPP denies the allegations contained in Paragraph 1171 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1171.

1172.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1172.

1173.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1173.

1174.   BNPP denies the allegations contained in Paragraph 1174 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1174.

1175.   BNPP denies the allegations contained in Paragraph 1175 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1175.   To the extent that Paragraph 1175 purports to characterize the U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1175 for their true and correct contents.   BNPP avers that the United States designated Abu Mahdi al-Muhandis pursuant to Executive Order 13438 on July 2, 2009.

1176.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1176.   To the extent that Paragraph 1176 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1176 for its true and correct contents.

1177.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1177.

1178.   BNPP denies the allegations contained in Paragraph 1178 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1178.

1179.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1179.   To the extent that Paragraph 1179 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1179 for its true and correct contents.

1180.   BNPP denies the allegations contained in Paragraph 1180 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1180.

1181.   BNPP denies the allegations contained in Paragraph 1181 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1181.

1182.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1182.

1183.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1183.

1184.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1184.

1185.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1185.

1186.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1186.

1187.   BNPP denies the allegations contained in Paragraph 1187.   To the extent that Paragraph 1187 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1187 for its true and correct contents.

1188.   BNPP denies the allegations contained in Paragraph 1188 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1188.

1189.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1189.

1190.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1190.

1191.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1191.

1192.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1192.

1193.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1193.  To the extent that Paragraph 1193 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1193 for its true and correct contents.

1194.   BNPP denies the allegations contained in Paragraph 1194 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1194.  To the extent that Paragraph 1194 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1194 for its true and correct contents.

1195.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1195.  To the extent that Paragraph 1195 purports to characterize U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1195 for their true and correct contents.  BNPP avers that, on July 24, 2007, the United States designated the Martyrs Foundation pursuant to Executive Order 13224, and on October 25, 2007, the United States designated the IRGC-QF and Bank Saderat pursuant to Executive Order 13224.

1196.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1196.

1197.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1197, except admits that Hamas participated in the October 7, 2023 attacks in Israel.

1198.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1198.

1199.   BNPP denies the allegations contained in Paragraph 1199.

1200.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1200.

1201.   BNPP denies the allegations contained in Paragraph 1201 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1201.  To the extent that Paragraph 1201 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1201 for its true and correct contents.

1202.   BNPP denies the allegations contained in Paragraph 1202 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1202.  To the extent that Paragraph 1202 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1202 for its true and correct contents.

1203.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1203.  To the extent that Paragraph 1203 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1203 for its true and correct contents.

1204.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1204.  To the extent that Paragraph 1204 purports to quote from and characterize the contents of written documents, which documents speak for themselves,

BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1204 for their true and correct contents.

1205.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1205.  To the extent that Paragraph 1205 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1205 for their true and correct contents.

1206.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1206.  To the extent that Paragraph 1206 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1206 for its true and correct contents.

1207.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1207.  To the extent that Paragraph 1207 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1207 for its true and correct contents.

1208.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1208.  To the extent that Paragraph 1208 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1208 for their true and correct contents.

1209.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1209.  To the extent that Paragraph 1209 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1209 for its true and correct contents.

1210.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1210.  To the extent that Paragraph 1210 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1210 for their true and correct contents.

1211.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1211.

1212.   BNPP denies the allegations contained in Paragraph 1212 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1212.

1213.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1213.  To the extent that Paragraph 1213 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1213 for its true and correct contents.

1214.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1214.  To the extent that Paragraph 1214 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP

denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1214 for its true and correct contents.

1215.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1215.  To the extent that Paragraph 1215 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1215 for their true and correct contents.

1216.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1216.  To the extent that Paragraph 1216 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1216 for its true and correct contents.

1217.   BNPP denies the allegations contained in Paragraph 1217 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1217.

1218.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1218.

1219.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1219.

1220.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1220.  To the extent that Paragraph 1220 purports to quote from and characterize the contents of written documents, which documents speak for themselves,

BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1220 for their true and correct contents.

1221.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1221.  To the extent that Paragraph 1221 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1221 for their true and correct contents.

1222.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1222.  To the extent that Paragraph 1222 purports to characterize U.S. sanctions on Iran, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1222 for their true and correct contents.  BNPP avers that, on August 3, 2010, the United States designated certain individuals pursuant to Executive Order 13224.

1223.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1223.  To the extent that Paragraph 1223 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1223 for its true and correct contents.

1224.   BNPP denies the allegations contained in Paragraph 1224 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1224.

1225.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1225.  To the extent that Paragraph 1225 purports to quote

from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1225 for its true and correct contents.

1226.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1226.  To the extent that Paragraph 1226 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1226 for its true and correct contents.

1227.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1227.

1228.   BNPP denies the allegations contained in Paragraph 1228 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1228.

1229.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1229.

1230.   BNPP denies the allegations contained in Paragraph 1230 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1230.

1231.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1231.  To the extent that Paragraph 1231 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1231 for their true and correct contents.

1232.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1232.  To the extent that Paragraph 1232 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1232 for its true and correct contents.

1233.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1233.  To the extent that Paragraph 1233 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1233 for its true and correct contents.

1234.   BNPP denies the allegations contained in Paragraph 1234 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1234.

1235.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1235.

1236.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1236.  To the extent that Paragraph 1236 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1236 for its true and correct contents.

1237.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1237.  To the extent that Paragraph 1237 purports to characterize the contents of a written document, which document speaks for itself, BNPP denies

such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1237 for its true and correct contents.

1238.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1238.  To the extent that Paragraph 1238 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1238 for their true and correct contents.

1239.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1239.  To the extent that Paragraph 1239 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1239 for their true and correct contents.

1240.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1240.  To the extent that Paragraph 1240 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1240 for its true and correct contents.

1241.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1241.  To the extent that Paragraph 1241 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1241 for their true and correct contents.

1242.   BNPP denies the allegations contained in Paragraph 1242.

1243.   BNPP denies the allegations contained in Paragraph 1243.

1244.   BNPP denies the allegations contained in Paragraph 1244 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1244.

1245.   BNPP denies the allegations contained in Paragraph 1245 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1245.

1246.   BNPP denies the allegations contained in Paragraph 1246 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1246.

1247.   BNPP denies the allegations contained in Paragraph 1247 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1247.  To the extent that Paragraph 1247 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1247 for its true and correct contents.

1248.   BNPP denies the allegations contained in Paragraph 1248 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1248.

1249.   BNPP denies the allegations contained in Paragraph 1249 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1249.

1250.   BNPP denies the allegations contained in Paragraph 1250 as they pertain to BNPP, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1250.   To the extent that Paragraph 1250 purports to characterize U.S. sanctions on Khalil Harb, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1250 for their true and correct contents.   BNPP avers that, on August 22, 2013, the United States designated Khalil Harb pursuant to Executive Order 13224.

1251.   BNPP denies the allegations contained in Paragraph 1251 as they pertain to BNPP, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1251.   To the extent that Paragraph 1251 purports to characterize U.S. sanctions on Muhammad Yusuf Ahmad Mansur, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1251 for their true and correct contents. BNPP avers that, on August 22, 2013, the United States designated Muhammad Yusuf Ahmad Mansur pursuant to Executive Order 13224.

1252.   BNPP denies the allegations contained in Paragraph 1252 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1252.  To the extent that Paragraph 1252 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1252 for its true and correct contents.

1253.   BNPP denies the allegations contained in Paragraph 1253 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1253.

1254.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1254.

1255.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1255.

1256.   BNPP denies the allegations contained in Paragraph 1256 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1256.  To the extent that Paragraph 1256 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1256 for their true and correct contents.

1257.   BNPP denies the allegations contained in Paragraph 1257 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1257.  To the extent that Paragraph 1257 purports to quote from and characterize the contents of a written document, which document speaks for itself, BNPP denies such characterizations inconsistent with the contents of the referenced document and refers to the document cited in Paragraph 1257 for its true and correct contents.

1258.   BNPP denies the allegations contained in Paragraph 1258 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1258.

1259.   BNPP denies the allegations contained in Paragraph 1259 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1259.  To the extent that Paragraph 1259 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1259 for their true and correct contents.  BNPP avers that the United States designated Mojtaba Khamenei and Gholam-Ali Hadad-Adel on November 4, 2019 pursuant to Executive Order 13876.

1260.   BNPP denies the allegations contained in Paragraph 1260 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1260.  To the extent that Paragraph 1260 purports to quote from and characterize the contents of written documents, which documents speak for themselves, BNPP denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 1260 for their true and correct contents.

1261.   BNPP denies the allegations contained in Paragraph 1261 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1261.

1262.   BNPP denies the allegations contained in Paragraph 1262 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1262.

1263.   BNPP denies the allegations contained in Paragraph 1263 as they pertain to BNPP, and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1263.

1264.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1264.

1265.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1265.

1266.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1266.

1267.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1267.

1268.   Paragraph 1268 states legal conclusions to which no response is required.  To the extent a response is required, BNPP denies the allegations contained in Paragraph 1268.

1269.   Paragraph 1269 states legal conclusions to which no response is required.  To the extent a response is required, BNPP denies the allegations contained in Paragraph 1269.

1270.   BNPP denies the allegations contained in Paragraph 1270.

1271.   BNPP denies the allegations contained in Paragraph 1271.

1272.   Paragraph 1272 states legal conclusions to which no response is required.  To the extent a response is required, BNPP denies the allegations contained in Paragraph 1272.

1273.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1273.

1274.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1274.  To the extent that Paragraph 1274 states legal conclusions, no response is required.

1275.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1275.

1276.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1276.

1277.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1277.

1278.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1278.

1279.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1279.

1280.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1280.

1281.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1281.

1282.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1282.

1283.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1283.

1284.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1284.

1285.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1285.

1286.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1286.

1287.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1287.

1288.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1288.

1289.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1289.

1290.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1290.

1291.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1291.

1292.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1292.

1293.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1293.

1294.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1294.

1295.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1295.

1296.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1296.

1297.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1297.

1298.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1298.

1299.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1299.

1300.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1300.

1301.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1301.

1302.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1302.

1303.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1303.

1304.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1304.

1305.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1305.

1306.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1306.   To the extent that Paragraph 1306 states legal conclusions, no response is required.

1307.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1307.

1308.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1308.

1309.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1309.

1310.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1310.

1311.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1311.

1312.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1312.

1313.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1313.

1314.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1314.

1315.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1315.

1316.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1316.   To the extent that Paragraph 1316 states legal conclusions, no response is required.

1317.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1317.

1318.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1318.

1319.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1319.

1320.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1320.

1321.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1321.

1322.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1322.

1323.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1323.

1324.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1324.

1325.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1325.

1326.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1326.   To the extent that Paragraph 1326 states legal conclusions, no response is required.

1327.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1327.

1328.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1328.

1329.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1329.

1330.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1330.

1331.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1331.

1332.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1332.

1333.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1333.

1334.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1334.

1335.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1335.

1336.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1336.

1337.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1337.

1338.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1338.

1339.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1339.

1340.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1340.  To the extent that Paragraph 1340 states legal conclusions, no response is required.

1341.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1341.

1342.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1342.

1343.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1343.

1344.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1344.

1345.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1345.

1346.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1346.

1347.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1347.

1348.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1348.

1349.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1349.

1350.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1350.

1351.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1351.

1352.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1352.

1353.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1353.

1354.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1354.

1355.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1355.

1356.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1356.

1357.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1357.

1358.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1358.

1359.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1359.

1360.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1360.

1361.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1361.

1362.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1362.  To the extent that Paragraph 1362 states legal conclusions, no response is required.

1363.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1363.

1364.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1364.

1365.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1365.

1366.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1366.

1367.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1367.

1368.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1368.

1369.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1369.

1370.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1370.

1371.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1371.

1372.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1372.

1373.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1373.

1374.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1374.

1375.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1375.   To the extent that Paragraph 1375 states legal conclusions, no response is required.

1376.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1376.

1377.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1377.

1378.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1378.

1379.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1379.

1380.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1380.

1381.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1381.

1382.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1382.

1383.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1383.   To the extent that Paragraph 1383 states legal conclusions, no response is required.

1384.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1384.

1385.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1385.

1386.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1386.

1387.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1387.

1388.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1388.

1389.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1389.

1390.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1390.

1391.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1391.

1392.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1392.

1393.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1393.

1394.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1394.

1395.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1395.

1396.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1396.

1397.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1397.

1398.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1398.

1399.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1399.

1400.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1400.

1401.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1401.

1402.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1402.

1403.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1403.

1404.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1404.

1405.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1405.

1406.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1406.

1407.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1407.

1408.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1408.

1409.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1409.

1410.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1410.

1411.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1411.

1412.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1412.

1413.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1413.   To the extent that Paragraph 1413 states legal conclusions, no response is required.

1414.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1414.

1415.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1415.

1416.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1416.

1417.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1417.

1418.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1418.

1419.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1419.

1420.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1420.

1421.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1421.

1422.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1422.

1423.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1423.

1424.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1424.

1425.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1425.

1426.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1426.

1427.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1427.

1428.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1428.

1429.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1429.

1430.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1430.

1431.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1431.

1432.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1432.

1433.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1433.

1434.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1434.   To the extent that Paragraph 1434 states legal conclusions, no response is required.

1435.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1435.

1436.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1436.

1437.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1437.

1438.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1438.

1439.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1439.

1440.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1440.

1441.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1441.

1442.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1442.

1443.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1443.

1444.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1444.

1445.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1445.

1446.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1446.  To the extent that Paragraph 1446 states legal conclusions, no response is required.

1447.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1447.

1448.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1448.

1449.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1449.

1450.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1450.

1451.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1451.

1452.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1452.

1453.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1453.

1454.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1454.

1455.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1455.  To the extent that Paragraph 1455 states legal conclusions, no response is required.

1456.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1456.

1457.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1457.

1458.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1458.

1459.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1459.

1460.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1460.

1461.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1461.

1462.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1462.

1463.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1463.

1464.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1464.

1465.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1465.

1466.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1466.

1467.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1467.

1468.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1468.

1469.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1469.

1470.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1470.

1471.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1471.

1472.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1472.

1473.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1473.

1474.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1474.

1475.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1475.

1476.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1476.  To the extent that Paragraph 1476 states legal conclusions, no response is required.

1477.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1477.

1478.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1478.

1479.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1479.

1480.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1480.

1481.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1481.

1482.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1482.

1483.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1483.

1484.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1484.

1485.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1485.

1486.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1486.

1487.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1487.

1488.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1488.

1489.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1489.

1490.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1490.

1491.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1491.

1492.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1492.

1493.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1493.

1494.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1494.

1495.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1495.

1496.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1496.

1497.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1497.

1498.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1498.

1499.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1499.

1500.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1500.

1501.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1501.

1502.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1502.

1503.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1503.

1504.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1504.

1505.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1505.

1506.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1506.

1507.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1507.

1508.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1508.

1509.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1509.

1510.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1510.

1511.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1511.

1512.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1512.  To the extent that Paragraph 1512 states legal conclusions, no response is required.

1513.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1513.

1514.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1514.

1515.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1515.

1516.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1516.

1517.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1517.

1518.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1518.

1519.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1519.

1520.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1520.

1521.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1521.

1522.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1522.

1523.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1523.

1524.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1524.  To the extent that Paragraph 1524 states legal conclusions, no response is required.

1525.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1525.

1526.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1526.

1527.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1527.

1528.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1528.

1529.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1529.

1530.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1530.

1531.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1531.

1532.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1532.

1533.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1533.

1534.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1534.

1535.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1535.  To the extent that Paragraph 1535 states legal conclusions, no response is required.

1536.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1536.

1537.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1537.

1538.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1538.

1539.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1539.

1540.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1540.

1541.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1541.

1542.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1542.

1543.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1543.

1544.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1544.  To the extent that Paragraph 1544 states legal conclusions, no response is required.

1545.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1545.

1546.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1546.

1547.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1547.

1548.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1548.

1549.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1549.

1550.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1550.

1551.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1551.

1552.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1552.

1553.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1553.

1554.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1554.

1555.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1555.

1556.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1556.

1557.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1557.

1558.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1558.

1559.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1559.

1560.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1560.

1561.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1561.

1562.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1562.

1563.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1563.

1564.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1564.

1565.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1565.

1566.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1566.

1567.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1567.

1568.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1568.

1569.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1569.

1570.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1570.  To the extent that Paragraph 1570 states legal conclusions, no response is required.

1571.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1571.

1572.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1572.

1573.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1573.

1574.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1574.

1575.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1575.

1576.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1576.  To the extent that Paragraph 1576 states legal conclusions, no response is required.

1577.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1577.

1578.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1578.

1579.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1579.

1580.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1580.

1581.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1581.

1582.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1582.

1583.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1583.

1584.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1584.

1585.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1585.

1586.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1586.

1587.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1587.

1588.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1588.  To the extent that Paragraph 1588 states legal conclusions, no response is required.

1589.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1589.

1590.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1590.

1591.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1591.

1592.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1592.

1593.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1593.

1594.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1594.  To the extent that Paragraph 1594 states legal conclusions, no response is required.

1595.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1595.

1596.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1596.

1597.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1597.

1598.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1598.

1599.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1599.

1600.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1600.

1601.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1601.

1602.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1602.  To the extent that Paragraph 1602 states legal conclusions, no response is required.

1603.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1603.

1604. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1604.

1605. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1605.

1606. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1606.

1607. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1607.

1608. BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1608. To the extent that Paragraph 1608 states legal conclusions, no response is required.

1609. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1609.

1610. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1610.

1611. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1611.

1612. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1612.

1613. BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1613.

1614.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1614.  To the extent that Paragraph 1614 states legal conclusions, no response is required.

1615.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1615.

1616.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1616.

1617.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1617.

1618.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1618.

1619.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1619.

1620.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1620.

1621.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1621.

1622.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1622.

1623.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1623.

1624.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1624.  To the extent that Paragraph 1624 states legal conclusions, no response is required.

1625.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1625.

1626.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1626.

1627.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1627.

1628.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1628.

1629.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1629.

1630.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1630.  To the extent that Paragraph 1630 states legal conclusions, no response is required.

1631.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1631.

1632.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1632.

1633.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1633.

1634.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1634.

1635.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1635.

1636.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1636.  To the extent that Paragraph 1636 states legal conclusions, no response is required.

1637.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1637.

1638.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1638.

1639.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1639.

1640.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1640.

1641.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1641.

1642.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1642.

1643.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1643.

1644.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1644.  To the extent that Paragraph 1644 states legal conclusions, no response is required.

1645.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1645.

1646.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1646.

1647.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1647.

1648.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1648.

1649.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1649.

1650.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1650.

1651.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1651.

1652.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1652.

1653.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1653.

1654.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1654.

1655.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1655.

1656.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1656.

1657.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1657.

1658.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1658.

1659.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1659.

1660.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1660.

1661.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1661.

1662.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1662.

1663.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1663.

1664.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1664.

1665.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1665.  To the extent that Paragraph 1655 states legal conclusions, no response is required.

1666.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1666.

1667.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1667.

1668.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1668.

1669.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1669.

1670.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1670.

1671.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1671.

1672.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1672.

1673.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1673.

1674.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1674.

1675.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1675.

1676.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1676.

1677.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1677.

1678.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1678.

1679.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1679.  To the extent that Paragraph 1679 states legal conclusions, no response is required.

1680.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1680.

1681.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1681.

1682.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1682.

1683.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1683.

1684.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1684.

1685.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1685.

1686.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1686.

1687.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1687.

1688.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1688.

1689.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1689.

1690.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1690.

1691.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1691.

1692.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1692.

1693.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1693.

1694.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1694.

1695.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1695.

1696.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1696.

1697.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1697.

1698.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1698.

1699.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1699.

1700.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1700.

1701.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1701.

1702.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1702.

1703.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1703.

1704.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1704.

1705.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1705.

1706.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1706.

1707.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1707.

1708.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1708.

1709.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1709.

1710.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1710.

1711.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1711.

1712.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1712.

1713.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1713.  To the extent that Paragraph 1713 states legal conclusions, no response is required.

1714.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1714.

1715.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1715.

1716.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1716.

1717.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1717.

1718.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1718.

1719.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1719.

1720.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1720.

1721.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1721.

1722.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1722.  To the extent that Paragraph 1722 states legal conclusions, no response is required.

1723.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1723.

1724.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1724.

1725.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1725.

1726.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1726.

1727.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1727.

1728.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1728.

1729.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1729.

1730.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1730.

1731.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1731.

1732.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1732.

1733.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1733.  To the extent that Paragraph 1733 states legal conclusions, no response is required.

1734.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1734.

1735.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1735.

1736.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1736.

1737.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1737.

1738.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1738.

1739.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1739.  To the extent that Paragraph 1739 states legal conclusions, no response is required.

1740.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1740.

1741.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1741.

1742.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1742.

1743.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1743.

1744.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1744.

1745.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1745.

1746.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1746.

1747.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1747.  To the extent that Paragraph 1747 states legal conclusions, no response is required.

1748.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1748.

1749.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1749.

1750.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1750.

1751.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1751.

1752.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1752.

1753.  BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1753.  To the extent that Paragraph 1754 states legal conclusions, no response is required.

1754.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1754.

1755.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1755.

1756.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1756.

1757.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1757.

1758.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1758.

1759.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1759.

1760.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1760.

1761.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1761.

1762.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1762.

1763.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1763.

1764.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1764.  To the extent that Paragraph 1764 states legal conclusions, no response is required.

1765.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1765.

1766.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1766.

1767.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1767.

1768.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1768.

1769.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1769.

1770.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1770.

1771.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1771.

1772.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1772.

1773.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1773.

1774.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1774.  To the extent that Paragraph 1774 states legal conclusions, no response is required.

1775.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1775.

1776.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1776.

1777.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1777.

1778.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1778.

1779.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1779.

1780.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1780.

1781.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1781.

1782.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1782.  To the extent that Paragraph 1782 states legal conclusions, no response is required.

1783.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1783.

1784.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1784.

1785.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1785.

1786.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1786.

1787.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1787.

1788.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1788.

1789.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1789.

1790.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1790.

1791.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1791.

1792.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1792.

1793.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1793.

1794.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1794.  To the extent that Paragraph 1794 states legal conclusions, no response is required.

1795.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1795.

1796.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1796.

1797.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1797.

1798.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1798.

1799.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1799.

1800.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1800.

1801.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1801.

1802.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1802.

1803.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1803.

1804.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1804.

1805.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1805.  To the extent that Paragraph 1805 states legal conclusions, no response is required.

1806.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1806.

1807.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1807.

1808.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1808.

1809.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1809.

1810.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1810.

1811.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1811.

1812.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1812.

1813.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1813.

1814.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1814.  To the extent that Paragraph 1814 states legal conclusions, no response is required.

1815.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1815.

1816.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1816.

1817.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1817.

1818.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1818.

1819.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1819.

1820.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1820.  To the extent that Paragraph 1820 states legal conclusions, no response is required.

1821.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1821.

1822.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1822.

1823.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1823.

1824.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1824.

1825.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1825.

1826.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1826.

1827.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1827.

1828.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1828.  To the extent that Paragraph 1828 states legal conclusions, no response is required.

1829.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1829.

1830.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1830.

1831.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1831.

1832.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1832.

1833.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1833.

1834.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1834.  To the extent that Paragraph 1834 states legal conclusions, no response is required.

1835.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1835.

1836.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1836.

1837.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1837.

1838.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1838.

1839.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1839.

1840.  BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1840.  To the extent that Paragraph 1840 states legal conclusions, no response is required.

1841.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1841.

1842.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1842.

1843.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1843.

1844.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1844.

1845.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1845.

1846.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1846.

1847.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1847.

1848.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1848.

1849.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1849.

1850.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1850.

1851.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1851.

1852.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1852.  To the extent that Paragraph 1852 states legal conclusions, no response is required.

1853.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1853.

1854.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1854.

1855.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1855.

1856.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1856.

1857.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1857.

1858.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1858.  To the extent that Paragraph 1858 states legal conclusions, no response is required.

1859.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1859.

1860.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1860.

1861.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1861.

1862.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1862.

1863.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1863.

1864.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1864.

1865.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1865.

1866.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1866.

1867.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1867.

1868.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1868.

1869.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1869.

1870.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1870.  To the extent that Paragraph 1870 states legal conclusions, no response is required.

1871.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1871.

1872.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1872.

1873.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1873.

1874.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1874.

1875.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1875.

1876.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1876.

1877.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1877.

1878.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1878.

1879.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1879.

1880.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1880.  To the extent that Paragraph 1880 states legal conclusions, no response is required.

1881.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1881.

1882.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1882.

1883.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1883.

1884.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1884.

1885.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1885.

1886.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1886.

1887.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained Paragraph 1887.

1888.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1888.

1889.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1889.

1890.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1890.

1891.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1891.

1892.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1892.

1893.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1893.

1894.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1894.

1895.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1895.

1896.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1896.

1897.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1897.

1898.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1898.

1899.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1899.  To the extent that Paragraph 1899 states legal conclusions, no response is required.

1900.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1900.

1901.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1901.

1902.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1902.

1903.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1903.

1904.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1904.

1905.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1905.  To the extent that Paragraph 1905 states legal conclusions, no response is required.

1906.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1906.

1907.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1907.

1908.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1908.

1909.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1909.

1910.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1910.

1911.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1911.

1912.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1912.

1913.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1913.  To the extent that Paragraph 1913 states legal conclusions, no response is required.

1914.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1914.

1915.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1915.

1916.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1916.

1917.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1917.

1918.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1918.

1919.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1919.

1920.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1920.

1921.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1921.

1922.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1922.

1923.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1923.

1924.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1924.

1925.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1925.

1926.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1926.

1927.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1927.

1928.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1928.

1929.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1929.

1930.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1930.

1931.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1931.

1932.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1932.

1933.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1933.  To the extent that Paragraph 1933 states legal conclusions, no response is required.

1934.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1934.

1935.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1935.

1936.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1936.

1937.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1937.

1938.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1938.

1939.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1939.

1940.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1940.

1941.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1941.

1942.  BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1942.  To the extent that Paragraph 1942 states legal conclusions, no response is required.

1943.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1943.

1944.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1944.

1945.  BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1945.

1946.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1946.

1947.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1947.

1948.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1948.

1949.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1949.

1950.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1950.

1951.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1951.

1952.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1952.

1953.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1953.

1954.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1954.

1955.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1955.

1956.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1956.  To the extent that Paragraph 1956 states legal conclusions, no response is required.

1957.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1957.

1958.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1958.

1959.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1959.

1960.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1960.

1961.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1961.

1962.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1962.

1963.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1963.

1964.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1964.

1965.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1965.

1966.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1966.

1967.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1967.  To the extent that Paragraph 1967 states legal conclusions, no response is required.

1968.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1968.

1969.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1969.

1970.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1970.

1971.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1971.

1972.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1972.

1973.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1973.

1974.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1974.

1975.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1975.  To the extent that Paragraph 1975 states legal conclusions, no response is required.

1976.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1976.

1977.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1977.

1978.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1978.

1979.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1979.

1980.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1980.

1981.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1981.

1982.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1982.

1983.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1983.

1984.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1984.

1985.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1985.

1986.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1986.

1987.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1987.  To the extent that Paragraph 1987 states legal conclusions, no response is required.

1988.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1988.

1989.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1989.

1990.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1990.

1991.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1991.

1992.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1992.

1993.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1993.  To the extent that Paragraph 1993 states legal conclusions, no response is required.

1994.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1994.

1995.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1995.

1996.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1996.

1997.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1997.

1998.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1998.

1999.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1999.

2000.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2000.

2001.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2001.  To the extent that Paragraph 2001 states legal conclusions, no response is required.

2002.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2002.

2003.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2003.

2004.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2004.

2005.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2005.

2006.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2006.

2007.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2007.

2008.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2008.

2009.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2009.

2010.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2010.  To the extent that Paragraph 2010 states legal conclusions, no response is required.

2011.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2011.

2012.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2012.

2013.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2013.

2014.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2014.

2015.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2015.

2016.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2016.

2017.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2017.

2018.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2018.

2019.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2019.

2020.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2020.

2021.   BNPP denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2021.  To the extent that Paragraph 2021 states legal conclusions, no response is required.

2022.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2022.

2023.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2023.

2024.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2024.

2025.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2025.

2026.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2026.

## CLAIM FOR RELIEF

### Aiding and Abetting Under the Anti-Terrorism Act
### 18 U.S.C. § 2333(d)(2)

2027.    To the extent a response to Paragraph 2027 is required, BNPP incorporates its responses to Paragraphs 1 through 2026 as if fully set forth herein.  Pursuant to its Opinion and Order dated September 30, 2025, ECF No. 40, the Court dismissed the Claim for Relief except to the extent it is based on BNPP's provision of services to Caspian and the Iranian Oil Company.  Accordingly, no responsive pleading is required to Paragraphs 2027-2042 to the extent that the Claim for Relief is based on BNPP's alleged provision of services to other entities.

2028.    Paragraph 2028 states legal conclusions to which no response is required.  To the extent a response is required, BNPP denies the allegations contained in Paragraph 2028.

2029.    BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2029.

2030.   Paragraph 2030 states a legal conclusion to which no response is required.  To the extent a response is required, BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2030.

2031.   Paragraph 2031 states legal conclusions to which no response is required.  To the extent a response is required, BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2031.

2032.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2032.

2033.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2033.

2034.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2034.

2035.   BNPP denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2035.

2036.   Paragraph 2036 states a legal conclusion to which no response is required.  To the extent a response is required, BNPP denies the allegations contained in Paragraph 2036.

2037.   Paragraph 2037 states a legal conclusion to which no response is required.  To the extent a response is required, BNPP denies the allegations contained in Paragraph 2037.

2038.   Paragraph 2038 states a legal conclusion to which no response is required.  To the extent a response is required, BNPP denies the allegations contained in Paragraph 2038.

2039.   Paragraph 2039 states a legal conclusion to which no response is required.  To the extent a response is required, BNPP denies the allegations contained in Paragraph 2039.

2040.   Paragraph 2040 states a legal conclusion to which no response is required.  To the extent a response is required, BNPP denies the allegations contained in Paragraph 2040.

2041.   Paragraph 2041 states Plaintiffs' demand for a jury trial, as to which no response is required.  To the extent a response is required, BNPP denies that Plaintiffs are entitled to a jury trial.

2042.   Paragraph 2042 states Plaintiffs' prayer for relief, as to which no response is required.  To the extent a response is required, BNPP denies that Plaintiffs are entitled to the requested relief.

## GENERAL DENIAL

BNPP denies all allegations contained in the Complaint (including headings and captions) not specifically admitted in this Answer.

## AFFIRMATIVE DEFENSES

BNPP asserts the following defenses and reserves the right to assert other defenses or claims when and if they become appropriate and/or available in this action and hereby reserves all rights to amend and/or supplement any and all defenses set forth herein.  The statement of any defense herein does not assume the burden of proof for any issue as to which the applicable law places the burden of proof on Plaintiffs.

### FIRST AFFIRMATIVE DEFENSE

*(Failure to State a Claim for Relief)*

The Complaint fails to state any claims upon which relief can be granted against BNPP.  BNPP asserts as a defense each and every ground set forth in its previously filed motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), motion for reconsideration, and motion for interlocutory appeal, which are incorporated herein by reference.  *See* ECF Nos. 26–28, 35, 37, 38, 42–45, 51, 52.

## SECOND AFFIRMATIVE DEFENSE

### (*Limitations Period*)

Plaintiffs commenced this litigation on June 29, 2024, alleging claims under JASTA related to 63 terrorist attacks in Iraq and Israel that occurred between November 16, 2006, and December 23, 2016, based on allegations that BNPP violated U.S. sanctions on Iran between 2002 and late 2012.  ECF No. 1 ¶¶ 1–3; *see* ECF No. 19, Compl. ¶¶ 1–3.  Accordingly, Plaintiffs' claims related to terrorist attacks predating June 29, 2014 are barred by the Anti-Terrorism Act ("ATA") statute of limitations, 18 U.S.C. § 2335.  *See* Mem. of Law in Support BNPP's Mot. to Dismiss the AC, ECF No. 28 ("MTD") at 8–24; Mem. of Law in Support of BNPP's Mot. for Interlocutory Appeal, ECF No. 47 at 7–12.

## THIRD AFFIRMATIVE DEFENSE

### (*Intervening Acts*)

Plaintiffs' claims are barred, in whole or in part, by the intervening acts, wrongs, omissions and/or negligence of other individuals or entities.

## FOURTH AFFIRMATIVE DEFENSE

### (*Causation*)

To the extent that Plaintiffs have suffered damages, any such damages were not caused by any conduct of BNPP, but resulted in whole or in part from the conduct of persons other than BNPP.

## FIFTH AFFIRMATIVE DEFENSE

### (*Duplicative Recovery*)

To the extent that Plaintiffs or persons they purport to represent have already recovered or will recover from other persons for the injuries alleged by them, they are barred from seeking duplicative recovery from BNPP.

## SIXTH AFFIRMATIVE DEFENSE

### (*Estoppel or Res Judicata*)

To the extent Plaintiffs' claims or portions of Plaintiffs' claims are dismissed with prejudice in other proceedings, Plaintiffs are precluded from pursuing those claims in this proceeding.

## SEVENTH AFFIRMATIVE DEFENSE

### (*Lack of Personal Jurisdiction*)

The Complaint should be dismissed for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2) because BNPP is a foreign bank not subject to general jurisdiction in New York and the Complaint fails to allege a relationship between the banking services by BNPP and the Attacks out of which Plaintiffs' claims "arise" for purposes of claims-related minimum contacts to the forum. *See* MTD at 27–30.

## EIGHTH AFFIRMATIVE DEFENSE

### (*Standing – Representative Capacity*)

Plaintiffs suing in a representative capacity lack standing or capacity to bring these claims on behalf of the deceased to the extent the principal victim died in an accident independent of the act of international terrorism, or Plaintiffs are not direct family members of the deceased, or otherwise fail to satisfy the requirements for statutory standing.

## NINTH AFFIRMATIVE DEFENSE

### (*Standing – Personal Capacity*)

Plaintiffs claiming damages in a personal capacity lack standing or capacity to bring these claims to the extent they are not U.S. nationals, are not direct family members of a U.S. national deceased in an act of international terrorism, or otherwise fail to satisfy the requirements for statutory standing.

## TENTH AFFIRMATIVE DEFENSE

(*Acts of War*)

Plaintiffs' claims are barred by 18 U.S.C. § 2336 to the extent that any injury or loss came by reason of an act of war.

## ELEVENTH AFFIRMATIVE DEFENSE

(*Due Process – Availability of Evidence*)

BNPP cannot fully and fairly defend itself in this suit based on lack of access to evidence and information in Iran, Iraq and Israel in violation of BNPP's due process rights.

## TWELFTH AFFIRMATIVE DEFENSE

(*Due Process – Retroactivity*)

The imposition of secondary liability on Defendant for conduct alleged to have occurred before the enactment of the applicable provisions of 18 U.S.C. § 2333(a)–(d) would violate the Due Process Clause of the Constitution. U.S. Const. amend. V.

## THIRTEENTH AFFIRMATIVE DEFENSE

(*Punitive Damages, Attorneys' Fees and Declaratory Relief*)

There is no legal basis for Plaintiffs' requested relief of punitive damages, attorney's fees, and declaratory order.  In addition, the imposition of any punitive or treble damages on BNPP for conduct committed before the enactment of the applicable provisions of 18 U.S.C. § 2333(d) would violate the Ex Post Facto Clause and Due Process Clause of the Constitution.  U.S. Const. art. I, § 9, cl. 3; amend. V.

## FOURTEENTH AFFIRMATIVE DEFENSE

(*Comparative or Combined Fault, Several Liability*)

Based on the doctrines of several liability and/or combined or comparative fault, BNPP is not liable for Plaintiffs' damages.

FIFTEENTH AFFIRMATIVE DEFENSE

(*Scope of Agency*)

BNPP is not liable to the extent that any of its employees or agents acted outside the course and scope of their employment/agency.

SIXTEENTH AFFIRMATIVE DEFENSE

(*Supremacy Doctrine*)

Plaintiffs' claims are barred under the doctrine of federal supremacy over foreign affairs because, among other reasons, there is no private right of action to enforce violations of U.S. sanctions.

SEVENTEENTH AFFIRMATIVE DEFENSE

(*Prejudgment Interest*)

Any claim by Plaintiffs for prejudgment interest should be dismissed because prejudgment interest is not available for aiding and abetting claims under the ATA.

**RESERVATION OF RIGHTS**

BNPP presently has insufficient knowledge or information upon which to form a belief as to whether there may be as yet unstated, affirmative defenses available to BNPP, and therefore expressly (i) reserves the right to amend or supplement its Answer, defenses and all other pleadings, and (ii) reserves the right to assert any and all additional defenses under any applicable federal and state law in the event that discovery indicates such defenses would be appropriate.

**PRAYER FOR RELIEF**

WHEREFORE, BNPP prays for relief and judgment, as follows:

A.  Denying Plaintiffs' prayer for relief;

B.  Entering judgment for BNPP;

C.  Dismissing the Complaint with prejudice;

D.  Granting BNPP such other and further relief to which it may be entitled, or which

the Court deems just and proper.

Dated: New York, New York
           December 9, 2025

CLEARY GOTTLIEB STEEN & HAMILTON LLP


By:    */s/ Carmine D. Boccuzzi, Jr.*
          Carmine D. Boccuzzi, Jr.
          Abena Mainoo
          Leila Mgaloblishvili
          One Liberty Plaza
          New York, New York 10006
          (212) 225-2000
          cboccuzzi@cgsh.com
          amainoo@cgsh.com
          lmgaloblishvili@cgsh.com

          *Counsel for Defendant BNP Paribas S.A.*