**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

NAFTALI MOSES, et al.,

Plaintiffs,

-against-

BNP PARIBAS, S.A.,

Defendants.

---------------------------------------------------------------x

24-cv-4938 (JGLC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Tuesday, October 06, 2026 at 12:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: July 28, 2026
New York, New York